United States District Court
for the
Northern District of California

**FILED** JUN -9 PM 11:43

MHP
530

MHP

1

2   FlorZell Thomas Jr.
3   Petitioner, cx rel

CV 08 2864

4   Application for Absolute
5   writ Review In a
6   E-filing   'Special Proceeding'
7   v.   Pursuant to Fed R Civ.
    Director of the California   Proc. 241, 60(b)(c)/ark
8   Dept. of Corrections
    official capacity   81 (c)(2)
9   WARDEN James WALKER at   At Bar & Jurisdiction;
10  CSP-Sac (individual Capacity)   K&A Radiologic v. Commission
11  CCSIC Bailey, et al.   189 F 3d 273 key 14.
12  demand for Abuse of discretion   U.S. v. Panhandle Eastern Corp.
                                     693 F. Supp. 88
13

14  As to the matter, manner-of-opposition Post to the Discovery
15  issues for the aforesaid Criminal Case # BA221670 where those
16  Claims Attributed under the California Health and Safety Code
17  §§ 11351.5 and 11352(b) As a Violation offered by the Pet-
18  itioner-Plaintiff FlorZell Thomas Jr.   The defendant
19  charged and Convicted and Sentenced, for whom as the Sole
20  Perpetrator of the offense   Jurisdiction is now establish-
21  ed At policy to execute the order of Force to effectuate
22  the purpose of the law / Relevant to Representing A Mode of
23  the conviction, A Vacate of the Sentence and a Prohibit-
24  ion As to disclosure issues remunerative to the General
25  Attorney Statute § 425.17, howbeit preemptive of § 425.16 of
26  the Civil Code of Procedure   thereto the Civil Code §
27  Section § 867.070 and Civil Pro. Code § 1021.5   as to
28  Radio typing Treble damage Recovery.

(at #1) Fed. R. Crim. Proc. R 73(c) ... on Habeas Corpus, Affecting Crim Conviction/Sentence, Civil Action (con't
                                                                                        next page)

1) 85

It is asserted as point to authorities where Relevant
matters of Receivership is omniscience in the Selected
News However dispositively featured in the escrow of
Amicus Standings — That personal stakes of Recov-
ery and Prevention has characterized This Standing to
the Capacity to Suit ——— intermediated as Such
Along The Brightness of The 42 U.S.C § 1983 ——— high-
ly bonded in The safety of The undertakings of The
writ form in function to assure its issuance.

Whereby it is declared notwithstanding The petitions
context to decrease public decisionmaking are anticipation
That then defines [6] Government interests and The Public
issuance thereto Statute ——— The Los Angeles County
Statute Codification Clarity at L.A.C.S.G Rule 6.4 (j)
Indemnified with 38 U.S.C § 5901-5906, and Civil Code of Pro-
cedure § 1062.20 Remains The Extemporaneous Version
of Legislative "In Curiam" As to memorandum and
Statement of Decisions characterized As "other"
Holdings to The Recovery of Treble Damages i.e.
Habeus Corpus, A Real, Civil Action  * * *  ... the exhaust-
ion Remedy As to its finality is actionable.

STATEMENT OF FACTS In
SUPPLEMENT TO THE CAUSE
of ACTION AS DEMURRERED TO
Petitioner-Appellant Plaintiff FLOYD ZELL THOMAS JR Is A Generally
Honorably Discharged Veteran of The VIETNAM ERA.

2.)45  (Part 1 Cont) ... MONETARY LOSSES, Personal Property, LEGAL Proprieties, Enbonc; C.C.P. 662, F.R.C.P. R.803 (1)(2)(3)

1  issues Administrated at the Security and Custody level of the V.A.
2  are Serviceable by the Rating Board of the Department and
3  thereon as to Decisions, Adjudications, and determinations
4  of Suspension to Escrow Monies ...
5    [Citing as omission] AT 35 F3d 1522 c2 p1 (Smith v. Brown)
6  J.O.V., See: Bradford v. Street T.V. Inc 123 Cal App 4th 903
7  ...providing evidence for the application of §425.17 of the Civil Code
8  of Procedure (Anti-SLAPP).
9    * * * Harris Trust and Savings Bank v. Ellis 810 F2d 702
10  clp#3. and a new guardian ad litem was appointed ... 703
11  c2 p#2 [1] ... That 28 U.S.C. §1738 requires federal courts
12  ...exclusive jurisdiction ..." [See: DJ Bar Tues. 12-23-03 U.S. v R.B. Espinoza Jur:SR]
    #2
13    of a VETERAN'S AFFAIR  * * *  [Citing white and white 540 F Supp 95(83)
14  In Smith v. Brown, circumspect to "Suspension c2 p1, 1522
15  are clear unmistakable ERROR, non custody, and effect of a State
16  Statute avoid[able] along the brightness of the Election Doctrine
17  is exclusive in federal subject matter jurisdiction and the
18  conflict of regulations and statutes as such as a circuit
19  F.R.C.P R35 [tied] practice initiated to funded at secret
20  new contract obligations that are actual and unavoidable
21  (Seigel v. American S & L Ass'n 258 C Rptr 752 c2 p2/4]
22  * * * particularly to "aware attorney general Statutes §425.17
23  Regulated to the adversary scheme (See: U.S.v. Smith 395
24  F. Supp 1160 clp#2) ... common ... ) (See: Edelman 380
25  U.S. 51 ... a sweeping and imprecise application of CENSOR-
26  SHIP")
27    These Holdings of a "penological interest". Interalia,
28  Gov't Code §§ 970, 970.2 in adjudicating the findings and
    #2
3) of 25  and terms (Created + Staggered: Ca. St Court Act 6.8)/ Some 35 years of Escrow starting
Personally attested by Petitioner - Plaintiff - Defendant/ See: Holloway v. Action §435 U.S.48
and Welf. Inst. Code. 3109, and 38 U.S.C. s/s 15 U.S.C. 3109 Holli.at §270 of W.I.C. thereto staggers...
from book values at statute at Ca. Penal Code §6008 Conservatism v.

1  detour to constitutional safeguards and concerns where a
2  "innate order" Is the "actualism Exaltation" if filling
3  in Remains to State law is Crafted to Federal Law.
4      It Is moreover ——— The VETERAN Affairs, A local
5  Public Entity not an Arm-of-the-State exonerated and exempt-
6  ed to, ex rel. [hysen 65 Ca. Rptr 2d 623].
7
8      [Exposure to Pro Se Interests, Hence "Different Int-
   erests As Attenuated" In Jacobsen 466 U.S. 109 1984)
9  for purposes of Review of the whole Act Rule By
10  Commonwealth to Exhaustion and Exclusionary Ruling
11  . . . Fed. Rule Civ. 60 (b)(6), 81(c)(2) The Juridical And Jusu-
12  lar matter of VERTICAL Prosecution Is to Establishing
13  Relevant Guidelines if Definitive for a Review of Abuse
14  of Discretion ——— aside from "COERCION" which Is
15  illegit.public safe and post' in The Total Attenuated
16  over Some 35 years Resulting i/ loss if [Sacred]
17  Priorities, monies etc ——— Issues if [preserving
18  Testimony and evidence of Striating through the om-
19  nibus of §521 if 18 USC does Constitute order of
20  Executing effective Counsel [At C.C.P. 2033.6] [see to;
21  Holloway 792 F2/76 1986, Holloway 435 U.S. 475, 1978,
22  in Cognitive Challenges Thus Stipulate in Case Law
23  e.g. viz Thornton 125 U.S. App D.C., Re: Rule 4(c) and
24  41 ...
25      To it to; The Doctrine of Acland 18 Cal. 4th 253, Towne
26  3 Cal. 4th 831., and Peuette 5 Cal. 4th 689., only as to
27  Punish In Effect if Rights Incidental to Brady v. Maryland 373 U.S. 83 to
28  Conclusions 222 F2d 698 (See: Mapp v. Ohio 81 S Ct 1690 & 2 grp. 1).

the issue of Finality wial at Common Law via Schedule

and level of Effective] Rule indica whether jurisdical

as Detrached, the protective order Remanded to

Specifing Article I-III Have Sunyghtined This

Instant issue of Appeal of the Sentence vacated

[28 U.S.C. § 2241] Under Statute; the California

Penal Code thereto; §§ 1170 (b), 1170.1 (d), and

1192.7 (a)(b) Executable, albeit, on Equitable principle

of Issuance; Fed R. Civ. Proc 81 (a)(2) and C. Pen C § 1196

[See: Zablon 114 F3d 913 ] in'ia

[See: Texolio 3 Cal 3d 89 (1978) ] in'ia

Executed this 28th day of May 2008, at CSVS Termination

California

Attested To! Seek Relief in Sentence's Downward Departure
(Reduction)

See S.Rif. to C Pen Code §1196 as variance to the General Verdict c
§1177, to wit, 1177 of the Civil Code of procedure, sua sponte [before Trial
Volume 1.1, 1.7, 1.10] under demurrer of Subpena (CrC, 1385,
CCP 1985). the Election Doctrine in Preemptive Challenge as
on about Term Ending (See: Reardon-Torres 3 Cu. 4th 831)
[as to the Stagger] of CalR § 831, sec, 18 USC § 1831 * *.

5.) of 5

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit:  THAWRSING A RETURN Sanctioned
.fUR Transfer

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION:   (Check only one)

☐ Municipal Court

☐ Superior Court

☐ Applellate Court

☐ State Supreme Court

☒ United States District Court

☐ State Circuit Court

☐ United States Supreme Court

☐ Grand Jury

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK U.S. DISTRICT COURT

MAY — 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

To: ☐ U.S. District Judge / ☒ U.S. Magistrate Judge _Stephen J. Hillman_

From: _Sandra Butler_ _____, Deputy Clerk    Date Received: _4/30/2008_

Case No.: _____CV08-1598 SH_____    Case Title: _Flonzell Thomas, Jr v. James Walker, Warden, et al_

Document Entitled: _Supplemental Brief_

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: _Case closed IFP denial filed on 4/1/2008._

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____
Date

_____
U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_5-1-08_
Date

_____
U.S. ~~District Judge~~ / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

# EXHIBIT COVER PAGE

$\mathcal{B}$

EXHIBIT

In re: Mitigation

Description of this Exhibit: Show of Cause, CR 2085
prete violation on issues of Jeopardy And
DENIAL OF DUE PROCESS. (EQUAL protection)
Number of pages to this Exhibit: _____ pages.

15 CCR 3043
(5)(B)(c)(B)
Case Records
Analyst or
Specialist
Have not been
qualifiable for
this term!
Instances of Mitigation
terminable.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [X] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

ERROR CORUM NOBIS,

AT STATE STATUTE Ca. En Code & 13980
at Instance, Contrast funds of The Contra. Cd
LSS (Legal Status Summary) with that of
THE Abstract of Judgement on THE MATTER
of Distribution for deduction purposes
now And the STRIKE Issue, which
merever Is substantive [id].


Claiming Prejudice and Discrimination AS A
Characteristics for Standing    That Denies
THE Settlement Review on an Internal Issue
AS Such    nevertheless finality is Denied
for This Litigation
10 U C M J ₂ 828 and F.R.C.P. R 33
Court of Justice R 33, CCP. § 33
... At Enterprise .. 333 U.S. (Johnson) 10

OK'D TO GO S/W NOTED
JUN 2 0 2002

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
**BRANCH** CRIMINAL - CENTRAL

COURT ID: 1 9 0 0 0 1

**ORIGINAL FILED**

JUN 1 4 2002

LOS ANGELES
SUPERIOR COURT

**PEOPLE OF THE STATE OF CALIFORNIA** versus **DOB:** 09/20/52   [X] PRESENT   **CASE NUMBER (S)** BA221670 -A
**DEFENDANT:** THOMAS JR, FLORZELL                                                           -B
**AKA:** CII#: H04607291 BKG#: 6997160   [ ] NOT PRESENT                                      -C

**COMMITMENT TO STATE PRISON**   AMENDED
**ABSTRACT OF JUDGMENT**   ABSTRACT [ ]

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 06/11/02 | 127 | WILLIAM FAHEY | A MYATT |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| J DIAZ | D FUHRMAN | IN PRO PER | X404644 |

**1.** DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):
[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ............. (NUMBER OF PAGES)                SENTENCE RELATION

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR | MO | DAY | YEAR | CONVICTED BY | | | | | | | | | | PRINCIPAL OR CONSECUTIVE TIME IMPOSED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | YEARS | MONTHS |
| 1 | HS | 11352(A) | SELL/TRANSPORT CNTRL SUBSTANCE | 01 | 05 | 15 | 02 | X | | M | | | | | | | | 8 | |
| 2 | HS | 11351.5 | POS COCAINE BASE FOR SALE | 01 | 05 | 15 | 02 | X | | M | | X | | | | | | 2 | 8 |

**2.** ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022 series) including WEAPONS, INJURY, LARGE AMOUNTS of CONTROLLED SUBSTANCES, BAIL STATUS, ETC...
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

INPUT CDC

**3.** ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667 series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true, If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) and § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in boxes 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |

**4.** INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

**5.** OTHER ORDERS

SEE PAGE 2 OF 2 PAGES
Use additional sheets of plain paper if necessary.

**6.** TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):

**7.** TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)

**8.** TOTAL TERM IMPOSED: 10 8

**9.** EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))   E. [ ] OTHER _____

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) 06/11/02 | CREDIT FOR TIME SPENT IN CUSTODY 429 | TOTAL DAYS INCLUDING: | ACTUAL LOCAL TIME 286 | LOCAL CONDUCT CREDITS 143 | STATE INSTITUTIONS [ ] DMH | [ ] CDC |
|---|---|---|---|---|---|---|

**11.** DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:   [ ] CALIF. INSTITUTION FOR WOMEN - FRONTERA   [ ] CALIF. MEDICAL FACILITY - VACAVILLE   [X] CALIF. INSTITUTION FOR MEN - CHINO   [ ] DEUEL VOC. INST.
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS   [ ] SAN QUENTIN
[ ] OTHER (SPECIFY):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

Deputy: D. HUNTER                    Date: JUNE 14, 2002

This form is prescribed under Penal Code Section 1213.5 to satisfy the requirements of Section 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

## ABSTRACT OF JUDGMENT - PRISON COMMITMENT
FORM DSL 290

BA221670
THOMAS JR, FLORZELL
HEARING DATE: 06/11/02
DEPT #127

PAGE 2 OF 2 PAGES

**OTHER ORDERS:**

SENTENCED PURSUANT TO 1170.12(A)-(D) AND 667(B)-(I) PC.

DEFENDANT TO PAY RESTITUTION FINE PURSUANT TO SECTION 1202.4(B)
PC IN THE SUM OF $2,000.00.

DEFENDANT TO PAY PAROLE RESTITUTION FINE PURSUANT TO SECTION
1202.45 PC IN THE SUM OF $2,000.00.  SAID FINE IS STAYED AND STAY TO
BECOME PERMANENT UPON SUCCESSFUL COMPLETION OF PAROLE.

LEGAL STATUS SUMMARY   TYPE  L      RDP

INMATE COPY

CDC NUMBER  :  NAME
P94157      :  THOMAS, FLORNELL

AKA THOMAS, FLORNELL, JR

PRSM STARTS     MAX REL DATE     MIN REL DATE     MAX ADJ REL DT :   MIN ADJ REL DT
07/03/2002    : 11/29/2011     05/11/2010      11/29/2011    :   05/11/2010

BASE TERM  9/00 + ENHNCMNTS  2/08 = TOT TERM  10/08                PAROLE PERIOD
                                                                   : 3 YRS

SEX OFFNDR + POST SENTENCE CREDITS
CASC      P2900-5 P1260-3 P-900-1 CDC-CRED MS-CRED P4019   P2901 POST-SENT  TOT
PA221676     286                              140               21      459

REGISTRATION REQUIRED PER #11590
PC296 DNA COMPLETED

RCCV DT/ COUNTY/     CASE    SENTENCE DATE                        CREDIT    OFFENSE
CNT      OFF CODE  DESCRIPTION                                    CODE      DATE

CONTROLLING PRINCIPAL & CONSECUTIVE  (INCLUDES ENHANCEMENTS/OFFENSES):

--CONTROLLING CASE --
 7/03/2002  LA    PA221676      6/13/2002  NO STRIKES: 2              08/29/199
   01 L11352(A)  TRANS/SELL CS                                        08/29/200
   02 H11351.5  POSS/PURCHASE COCAINE F/SALE          CC          0   08/29/200

TRAN                                    RULE          D A Y S
TYPE     DATE     EFF DATE LOG NUMBER  NUMBER  ASSESS LOST REST DEAD

BEG 10/26/2000          ******BEG BAL******
ADD 07/03/2002          PA221676
BCL 07/13/2002          B028 4028 3002(B)          90     90
ADD 07/03/2002          PA221676
BCR 09/15/2003          B1070028 1000                          90
BCL 11/30/2006          B611 0617 3015             30     30
ADD 07/02/2002          LP221676
BCL 09/13/2003          B14 3041 3015             90     90
ADD 07/03/2002          PA221676
    CURRENT DC BALANCE:    0           CURRENT BC BALANCE:    600

**CDC 840 (Rev 07/02)**

Original - Central File
Canary - OIS
Green - Inmate

# CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**

| MO | DAY | YR | |
|----|-----|----|----|
| 4 | 1 8 | 0 6 | 18 |

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**

| a) NEW | b) CORRECTION | DATE CORRECTED | | | c) DELETE |
|--------|---------------|----------------|--|--|-----------|
| 24 | 25 | MO | DAY | YR 26 | 32 |

## B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

**1. REVIEW PERIOD BEGINNING DATE**

| MO | DAY | YR | | 3. (Enter X) Annual |
|----|-----|----|--|---------------------|
| 1 | 3 | 0 6 | 33 | X 39 |

**4. Number of Full Review Periods**

**2. REVIEW PERIOD ENDING DATE**

| MO | DAY | YR | |
|----|-----|----|--|
| 7 | 2 | 0 6 | 40 |

## E. SCORE ADJUSTMENT

**1. TOTAL CORRECTION/ADJUSTMENT   (+ OR -)**   70

## F. COMPUTATION OF SCORE

**1. PRIOR PRELIMINARY SCORE**
(Preliminary Score from 839/New Preliminary Score from 840 or 841)   =   | 2 |   73

**2. Net Change in Score** (D. 8 minus C. 4)   =   (+ or -)   | 1 |   76

**3. PRELIMINARY SCORE SUBTOTAL** (Not less than 0)   =   1 b

**4. Change in Term Points (T/P) (x 2)** - Old T/P _____ + New T/P _____   =   (+ or -)   79

**5. NEW PRELIMINARY SCORE** (Not less than 0)   =   | 1 0 |   82

## C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody _____ x 4 =   46

2. No Serious Disciplinary   1   x 2 =   | 2 |   48

3. Average or Above Performance in Work, School or Vocational Program   1   x 2 =   | 2 |   50

4. **TOTAL FAVORABLE POINTS**   =   4

## D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

**SERIOUS DISCIPLINARIES**       **Number of**

1. Div. A-1/A-2
   Dates: _____ x 8 =   52

   Div. B, C & D
   Dates: _____ x 6 =   54

   Div. E & F
   Dates: _____ x 4 =   56

2. Battery or Attempted Battery on a Non-Prisoner
   Dates: _____ x 8 =   58

3. Battery or Attempted Battery on an Inmate
   Dates: _____ x 4 =   60

4. Distribution of Drugs
   Dates: _____ x 4 =   62

5. Possession of a Deadly Weapon
   Dates: _____ x 16 =   64

6. Inciting a Disturbance
   Dates: _____ x 4 =   66

7. Battery Causing Serious Injury
   Dates: _____ x 16 =   68

8. **TOTAL UNFAVORABLE POINTS**   =   +   1

## G. PLACEMENT

**MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES**

| CODE | | SCORE | CODE | | SCORE |
|------|--|-------|------|--|-------|
| [A] | Condemned | 52 | [E] | Warrants "R" Suffix | 19 |
| [B] | Life Without Possibility of Parole | 52 | [F] | Violence Exclusion | 19 |
| [C] | CCR 3375.2(a)(7) Life Inmate | 28 | [G] | Public Interest Case | 19 |
| [D] | History of Escape | 19 | [H] | Other Life Sentence | 19 |

**1. SCORE FACTOR CODE** (Assess Only Highest Factor)   F   85

**2. MANDATORY MINIMUM SCORE**   | 1 9 |   86

**3. PLACEMENT SCORE** ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER   | 1 9 |   88

## H. SPECIAL CASE FACTORS

**1. HOLDS, WANTS and DETAINERS** (Enter A, P or *)

Felony   91   USINS   92

**2. RESTRICTED CUSTODY SUFFIX** (Enter R or *)   93

**3. ELIGIBLE FOR RESTITUTION CENTER** (Enter Y or N)   94

**4. LEVEL IV DESIGN** a) 180 Status (Y/N) ___ b) Reason Code ___

**5. US ARMED FORCES** (Enter Y or N)   95

**6. CURRENT INSTITUTION AND FACILITY**

| R S D | - | I I I | 96 |
|-------|---|-------|----|

**7. COUNTY OF LAST LEGAL RESIDENCE**   103

**8. CASEWORKER'S NAME**

| D E N E A L | FI D | 106 |
|-------------|------|-----|

## I. CLASSIFICATION STAFF REPRESENTATIVE

**1. LAST NAME**                  **2. DATE OF ACTION**

**9. MENTAL HEALTH LEVEL OF CARE** (Enter C or E) CCCMS EOP   178

**10. INSTITUTION APPROVED**   179

**11. REASON FOR ADMINISTRATIVE OR IRREGULAR PLACEMENT**   186

## A. IDENTIFYING INFORMATION

**1. CDC NUMBER**

| P 9 4 1 5 7 | 1 |
|-------------|---|

**2. INMATE'S LAST NAME**

| W I L L I A M S | 7 |
|-----------------|---|

**3. DATE COMPLETED**

| 0 - 2 0 - 0 6 | 12 |
|---------------|----|
| MO | DAY |

OSP 02 71597



SEE: Exhibit 1-1a (Bill 1 Attander) particularly probate for the term stated pursuant to; as dated below is Exemplary to ex post facto violations).

---

**State of California**

**Department of Corrections**
**CDC 128-G**

**No.** P-94157                    **NAME**: THOMAS

•

*Comment*:    **HDSP-IV (270) endorsed.  CS = 128.**

Previous CSR concerns, as noted in CSR action dated 7/12/2006, have been addressed.  Requested institutions are not currently available.  Placement is based on the availability of institutional programs and housing per PC 5068. (Inmate is being re-directed based on population and transportation needs.) Inmate requires CCCMS level of MHSDS care.  CDC 128-C of 5/3/06 is noted.  Inmate is NDD per CDC 128-C2 of 6/3/04.  Violent history noted (VIO).  TB Code is 22.  CDC 812 is noted.  Confidential file is clear.

**This transfer approval expires 1/26/2007 and will require return to CSR for re-authorization.**

V. Curry, CSR

**Date: 9/28/2006**                    Classification  - CSR ACTION                    **RJD**

STATE OF CALIFORNIA
**CDC 840 (Rev 07/02)**

DEPARTMENT OF CORRECTIONS
Original - Central File
Canary - OIS
Green - Inmate

## CDC RECLASSIFICATION SCORE SHEET

**4. DATE OF LAST SCORE SHEET**

| MO | DAY | YR | |
|----|-----|----|--|
| 8 | 2 9 | 0 6 | 18 |

**5. FORM IDENTIFICATION (ENTER X in a, b or c)**

a) NEW [X] 24   b) CORRECTION [ ] 25

DATE CORRECTED

| MO | DAY | YR | |
|----|-----|----|--|
| | | | 26 |

c) DELETE [ ] 32

### B. ANNUAL/ 6 MONTH REVIEW PERIOD DATES

1. REVIEW PERIOD BEGINNING DATE

| MO | DAY | YR |
|----|-----|----|
| | | |

3. (Enter X) Annual 33 [ ] 39

2. REVIEW PERIOD ENDING DATE

| MO | DAY | YR |
|----|-----|----|
| | | |

4. Number of Full Review Periods 40

### C. FAVORABLE BEHAVIOR SINCE LAST REVIEW

1. Continuous Minimum Custody    x 4 =    [ ] 46
2. No Serious Disciplinary    x 2 =    [ ] 48
3. Average or Above Performance in Work, School or Vocational Program    x 2 =    [ ] 50
4. TOTAL FAVORABLE POINTS =

### D. UNFAVORABLE BEHAVIOR SINCE LAST REVIEW

SERIOUS DISCIPLINARIES    Number of

1. Div. A-1/A-2 Dates:    x 8 =    [ ] 52
   Div. B, C & D Dates:    x 6 =    [ ] 54
   Div. E & F Dates:    x 4 =    [ ] 56
2. Battery or Attempted Battery on a Non-Prisoner Dates:    x 8 =    [ ] 58
3. Battery or Attempted Battery on an Inmate Dates:    x 4 =    [ ] 60
4. Distribution of Drugs Dates:    x 4 =    [ ] 62
5. Possession of a Deadly Weapon Dates:    x 16 =    [ ] 64

### E. SCORE ADJUSTMENT

1. TOTAL CORRECTION/ADJUSTMENT (+ OR -)   + 1 6   70

### F. COMPUTATION OF SCORE

1. PRIOR PRELIMINARY SCORE (Preliminary Score from 839/New Preliminary Score from 840 or 841) =   1 1 2   73
2. Net Change in Score (D. 8 minus C. 4) = (+ or -)   76
3. PRELIMINARY SCORE SUBTOTAL (Not less than 0) =   1 2 8
4. Change in Term Points (T/P) (x 2) = (+ or -)   79
   - Old T/P _____ + New T/P _____
5. NEW PRELIMINARY SCORE (Not less than 0) =   1 2 8   82

### G. PLACEMENT

MANDATORY MINIMUM SCORE FACTOR CODES AND SCORES

| CODE | SCORE | CODE | SCORE |
|------|-------|------|-------|
| [A] Condemned | 52 | [E] Warrants "R" Suffix | 19 |
| [B] Life Without Possibility of Parole | 52 | [F] Violence Exclusion | 19 |
| [C] CCR 3375.2(a)(7) Life Inmate | 28 | [G] Public Interest Case | 19 |
| [D] History of Escape | 19 | [H] Other Life Sentence | 19 |

1. SCORE FACTOR CODE (Assess Only Highest Factor)   85
2. MANDATORY MINIMUM SCORE   1 9   86

PLACEMENT SCORE
ENTER NEW PRELIMINARY SCORE OR MANDATORY MINIMUM SCORE WHICHEVER IS GREATER   1 2 8   88

### H. SPECIAL CASE FACTORS

1. HOLDS, WANTS and DETAINERS (Enter A, P or *)
   Felony [ ] 91    USINS [ ] 92

2. RESTRICTED CUSTODY SUFFIX (Enter R or *) [ ] 93

3. ELIGIBLE FOR RESTITUTION CENTER [ ]
4. LEVEL IV DESIGN a) 180 Status (Y/N) [N]
5. US ARMED FORCES (Enter Y [ ]

NAME and NUMBER

CDC-128-B (4/74)

**THOMAS, FLORZELL**          **P94157**

On 5-11-06, the archive file on discharged # B67538 was reviewed. The last year of incarceration was 8/86 through 8/87. Date discharged: 8-6-88. Last classification score: 188 points. Custody was: MAX-A.

**Critical Case Factors:**

| Enemies | C59326 | Stephens RVR dated 5-12-85 | | Fistfight on exercise yard. |
|---------|--------|----------------------------|--|------------------------------|
| | C02093 | Lopez | RVR dated 2-6-81 | Fistfight in shower room |

| | | |
|---|---|---|
| Gang | None | |
| Escapes | None | |
| Arson | None | |
| Sex Crimes | None | |
| Violent felony conv | None | |
| Confidential Info | None | |
| Med/Psych | None | |
| Disciplinary | CDC 115 dated 5-7-86 | Kicking attack on Officer. I/M kicked officers during a cell extraction. No serious injuries. |
| | CDC 115 dated 5-7-86 | Throwing an Unknown Liquid at Staff (gassing). I/M threw a liquid mixed with feces on Officer while he was feeding. No serious injuries. |
| | CDC 115 dated 5-6-86 | Gassing. I/M threw feces in Officer's face. No serious injuries. |
| | CDC 115 dated 5-3-86 | Gassing an Officer. I/M threw urine and feces on officer serving lunch. No serious injuries. |
| | CDC 115 dated 2-27-86 | Gassing Staff. The I/M threw urine and feces on officer walking past cell. No serious injuries. |
| | CDC 115 dated 7-28-85 | Throwing Feces and Urine on Staff. The I/M threw feces and urine on officers. No serious injuries. |
| | CDC 115 dated 7-27-85 | Throwing Feces and Urine on Staff. The I/M threw feces and urine on officers. No serious injuries. |
| | CDC 115 dated 6-1-85 | Throwing Food on Staff. The I/M threw a tray of food on officer. No serious injuries. |
| | CDC 115 dated 8-9-81 | Throwing Unknown Liquid on Staff. The i/M threw an unknown liquid on an officer. No serious injuries. |
| | CDC 115 dated 10-9-80 | Assault on Staff. The I/M attacked and struck 2 officers, a Sergeant and a Lieutenant. No serious injuries. |
| | CDC 115 dated 6-20-80 | Attempted Assault on Staff. The I/M swung his fist at the officer before being restrained. No serious injuries. |
| | CDC 115 dated 5-8-80 | Battery on Staff. The I/M kicked staff members during a cell extraction. No serious injuries. |
| | CDC 115 dated 12-27-79 | Battery on Staff. The I/M struck an officer in the mouth when ordered to do a cell move. No serious injuries. |
| | CDC 115 dated 12-27-79. | Battery on Staff. The I/M threw a bar of soap and hit the officer in the leg. No serious injuries. |

| | |
|---|---|
| Other concerns | None |

D. DeNeal
Correctional Counselor I
Facility 1

ORIG: C-file
cc:    Writer
       CC-II

DATE 5-11-06          **INFORMATIONAL CHRONO**          RJDCF

| tate of California | | DEPARTMENT OF CORRECTIONS | | CDC-128G |
|---|---|---|---|---|
| :DC Number:
794157 | Name:
THOMAS | Classification Score: 19
Level: II | Type and Release Date:
1/5 EPRD 1-11-2010 | |
| :ustody:
1ED-A/S | WG/PG: A1/A
Effective: 1-20-05 | Next Classification: 7-07
Next BPT: N/A Type: N/A | Housing
F1-2-245L | R.P.S. Status:
N/A |

.ssignment/Committee Actions: INVOLUNTARILY UNASSIGNED/ ANNUAL REVIEW/ CS 20-
6/ PS 19/ **RE-REFER TO CSR RX: SQ-II FOR SINGLE-CELL, ALT. CTF-II FOR SINGLE-**
:ELL

:nmate Thomas appeared before the Facility 1 Unit Classification Committee
UCC) on this date for the purpose of an Annual Review with receipt of 72-hours
idvanced notice provided. CC-I G. Rodriguez acted as Staff Assistant. Committee
iotes that the inmate appeared before the Facility 1 UCC on 4-18-06. The
.nmate's mental health status was lowered to CCCMS from EOP per CDC-128C dated
\-27-06. He was referred to the CSR for Level II, single-cell housing with
:ecommendations of SQ-II and CTF-II. Prior to endorsement by the CSR, it was
iiscovered that the archive file for discharge ∂ (V67538 had not been reviewed.
in archive file review was completed on discharge B (V67538 on 5-11-06. While the
irchive file revealed an additional enemy situation and an extensive
iisciplinary history, the original CSR recommendations remained appropriate.
:ommittee acts to **re-refer to the CSR for Level II single-cell housing RX:**
;Q-II, alt. CTF-II. Case Factors remain the same as noted on CDC-128G dated
?-4-03. The following changes in case factors are noted: confidential
information is clear, TB Code is 22 per CDC-128C dated 5-9-06, MHSDS is CCCMS
>er CDC-128C dated 5-3-06, and single-cell status: yes, due to history of in-
:ell violence. The transfer is non-adverse. Should the inmate be transferred,
:he inmate's credit earning status shall remain A1/A upon arrival at receiving
institution. MHSDS staff participated in today's hearing. They described the
inmate's mental health status and treatment needs. MHSDS staff concurred with
:ommittee's decision. The inmate actively participated in today's hearing. The
inmate stated that he understands committee's action and is in agreement. RJD
>ehavioral expectations were explained and the inmate was advised of his appeal
rights.
MEMBERS & TITLE:
:. **NEWMAN, CC-II (A)**
A. **GANZEKAUFER, MHSDS**
F. **ACUNA, EDU**

**D. MCBRIDE, FC**
**CHAIRPERSON/TITLE**

**D. DENEAL, CC-I**
**RECORDER/TITLE**

**DATE: 06-20-06**          **CLASSIFICATION: UCC/CSR (rn)**          **INSTITUTION: RJDCF**

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: A Remark of Issue Relevant to Windfall Budgeting a Mistakes Advisory[ND].

Number of pages to this Exhibit: _____ pages.

JURISDICTION:   (Check only one)

☐   Municipal Court

☐   Superior Court

☐   Appellate Court

☐   State Supreme Court

☐   United States District Court

☐   State Circuit Court

☒   United States Supreme Court

☐   Grand Jury

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

July 30, 2007

FlorZell Thomas
P-94157
P.O. Box 29
Repressa, CA 95671+0066

RE: FlorZell Thomas

Dear Mr. Thomas:

The above-entitled petition for writ of certiorari was postmarked July 16, 2007 and received July 30, 2007. The papers are returned for the following reason(s):

No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2 and 39. The motion must be signed.

No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form.

The petition fails to comply with the content requirements of Rule 14. A guide for in forma pauperis petitioners and a copy of the Rules of this Court are enclosed. The guide includes a form petition that may be used.

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The lower court opinion(s) must be appended.

Please correct and resubmit as soon as possible. Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

A copy of the corrected petition must be served on opposing counsel.

## SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

February 13, 2008

FlorZell Thomas
P-94157
P.O. Box 29
Repressa, CA 95671+0066

   RE: Thomas v. Runnels
     USDC no. 07-424

Dear Mr. Thomas:

The above-entitled petition for a writ of certiorari was postmarked February 2, 2008 and received February 12, 2008.  The papers are returned for the following reason(s):

   Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

            Sincerely,
            William K. Suter, Clerk
            By:

            Erik Fossum
            (202) 479-3392

Enclosures

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
William K. Suter, Clerk

By: *Erik Fossum*

Erik Fossum
(202) 479-3392

Enclosures

# EXHIBIT COVER PAGE

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION:    (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [ ] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

MC-275

Name Florzell Thomas Jr

Address P94157 A B-7-207

P.O. Box 29

Represso, California, 95671

CDC or ID Number P94157

In the County of Los Angeles
State of California

(Court)

Florzell Thomas-Jr, ex rel
Petitioner

vs.

William Foley ; P.I.
Respondent
ex parte, et al

**PETITION FOR WRIT OF HABEAS CORPUS**

No. BA221670 [ibid]

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

☐ A conviction                    ☐ Parole

☐ A sentence                      ☐ Credits

☐ Jail or prison conditions        ☐ Prison discipline          [3rd Strike]

☐ Other *(specify)*: All of the above, etc, A Full Evidentiary Hearing (Review).

1. Your name: FLORZELL THOMAS Jr.

2. Where are you incarcerated? Sacramento State Prison - Folsom

3. Why are you in custody?   ☒ Criminal Conviction    ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   Health + Safety Code Violation § 11351.5, 11352(A)

b. Penal or other code sections: Stat. Ca.Pe). Code § 1202.4(B), 1202.45

c. Name and location of sentencing or committing court: Los Angeles County Superior Court

d. Case number: BA221670

e. Date convicted or committed: 29 Aug 01 [16 May 02]

f. Date sentenced: 11 June 02

g. Length of sentence: 8 + 2 + 8

h. When do you expect to be released? Remmred to: [LSS Assesses 10 Jan 10 (10 June 10)].

i. Were you represented by counsel in the trial court?  ☒ Yes.   ☐ No. If yes, state the attorney's name and address:

   Pro Person Am, ex rel.

4. What was the LAST plea you entered? *(check one)*

   ☒ Not guilty    ☐ Guilty    ☐ Nolo Contendere    ☐ Other: Once In Jeopardy

5. If you pleaded not guilty, what kind of trial did you have?

   ☒ Jury    ☐ Judge without a jury    ☐ Submitted on transcript    ☐ Awaiting trial

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Illegal enhancement of Full, Separate, and Consecutive Sentence, per curium
Misjoinder (See U.S. Courts 595 F2d p. 11), 18 USC, 4218 (d), CA SCt Art 4.21
(d), 4.8 (a) Amendment 11, Amendment 6., CAUSATION; 12 CFR 785.21, Johnson
785 F2d. Federal Rule Crim Proc. R 21, objective at ¶ 521 ¶ 38 USC, 18 USC, 3521[a]

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Conflict of Interest is a Preemptive Field facilitates the Los Angeles
County Municipal and Superior Courts via, Utility of the City and
County Police Department at Performance of Arrest. A forced and
effected Theft is Violative of Petitioners Constitutional Safeguards
warranty under Exchange and Trade Commission objectives
of Honest and Trust enterprise Entreaties. Proposed
heretofore Claims of Privileges and Protections of Attorney
Work Products.
ATTACHMENTS; Special Reference from 6 Above, 6 b. below.
a) Appeal; See: Exhibits 1, 1a, 2a, 3, and Page # 27 line 1-12, 13-16,
Exhibits 4, 8, 8b, 10 are to Jurisdictional to issues of the Full Evidentiary Hear-
ing. Page 28 lines 18-28, 29 l 6-7 and p. 36 [id] —— identifying
Defendant-Respondents In their Individual Capacities; inferior Arm of State.

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Geo. v. Superior Court (10) CA. Rptr. 350 c/p1 [Traffades v S Ct]
352 cl p1 lacks Adherent Authority, 355 cl p2 [Bona & Post], Morris v.
Slappy 103 S. Ct cl 2 B. [Holliday], Gregory, Ashworth 898 F2d 600 cl p2
[U.S. v. Bass], NFSA 62 F2d 162 cl p2 Premise... C.C.P., 2033.5, 2033.6.

7. Ground 2 or Ground _____ (if applicable):

~~Error~~ As to Effective Issues of Law, as a matter of Federal Practice, e.g. Due Process, Equal Protection, and Jeopardy, etc., Attached, at Cite [CPBNC] asserting that Respondent-Defendants, coincidental with Powers at Statute, 1192.12 (3)(A) (c) discredits "Affidavit" Spreads (Funds and Petitioner's Fitness' as Impacted).

a. Supporting facts:

Depicting Life Health Habits, mental and moral Proclivities ——— As to Caregiver and disciplinee inherent in Certificatee Suprapa undertaking to Avoid the "Splicoter" Indictment and Proof at Variance, Data and decision at Variance towards of substantive Claims of Privilege and Immunities Certificatee Holds at The level of 6th and 1st Amendment Claims. The Collateral of the "Holdings" as Caregivers Fund Statute Confirms broker at CPC § 186.22, howbeit, Certificatee is Affirmative on behalf of Production to Institute Claims under the Commissioner's Law Review in Code at § 1822.50 [LRCC] to wit, in Acmi to the State at 50 USC * * *

¶ The Contextual Affect of Certificatee Contention Heretofore Enclosed.

¶ Statement, see Hst # 14 reg. The CDC Legal Status Summary (LSS) Reflects Petitioner Having 2 x Strikes. Petitioner contends that [he] Has no Klaus, in bar to 6th Amendment Safeguards, Strikes. Point Thereto Incorporated on Page #28 line 21-28, Inculcating Exhibit #13 - 13c.

¶ Reiterating the whole net Rules of Page 1 of 2 of the Complaint Enclosed [at supra].

b. Supporting cases, rules, or other authority:

¶ e) Transfer Assignment of sufficiently described Escrow Holdings [The Beck Account, Commodity and Security, Civ C No. 9104-9106-7 [5-1147, Comm Code, 337 [id] ——— Received by Certificatee as an ~~annotated~~ Activity Report Remitted from 18 U.S.C. 3123 and 4123, etc. 3126 Report" - DCS Relevant to Volvos of ware and actual defense 50 USC * * * - The Service, albeit, knowledge of 18 USC 1029(d) . . .

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _See: 11 a. below citing; NGO 403 F3d, The Federal Rule Crim Proc R 403; And Fed.R.A_

b. Result _TDM Fed.R.A. (Conflict in circuit)_   c. Date of decision: _Same_

d. Case number or citation of opinion, if known: _BA221670 (Los Angeles); 10 JCNE 167, CCP, 167_

e. Issues raised: (1) _Ade Process_

(2) _Equal Protection_

(3) _Jeopardy_

f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_Pro Per Soleum_

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:

a. Result _Same As Above_   b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised: (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: _Not Applicable; per Wilson_

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review.

_1) Finding Contradicts (Persecution) of Testimony and Evidence) Lateral to the Appeal_
_Procedure, This; Federal to State Petitioner or Subject matter Jurisdiction_
_As Amended by a majority, (⅛ X .125), of the "Board members, embody,_
_to) Disenfranchise Commercial Bullets or issues of, added value —_
_Effective to Division of the Civil Procedure [CCP 20335, 2033.6] Petitioner_
_cites, Ascto certain values — the "Briggs" Enactment [See: AB AR 3504]_
_A.F. Brown M - Mar 27, 06 [See too; writ 274 C.Rptr c2 p2 to conclude the_ [273] _[see:6 a)_
_Custom of Sallata" [CPC, 1170.125] with collateral [thereon 125 USCA b.C 114.125._

b. Did you seek the highest level of administrative review available? ☒ Yes. ☐ No.
   *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☒ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _See : Exhibit #13, 13a Enclosed And Exhibit Ø Theretb._

    (2) Nature of proceeding (for example, "habeas corpus petition"): _Supra_

    (3) Issues raised: (a) _Supra_

        (b) _Supra_

    (4) Result *(Attach order or explain why unavailable):* _Supra_

    (5) Date of decision: _Supra_

  b. (1) Name of court: _Ibid_

    (2) Nature of proceeding:

    (3) Issues raised: (a)

        (b)

    (4) Result *(Attach order or explain why unavailable):*

    (5) Date of decision:

  c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
_See : Exhibit #Ø_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
_On Synopsis_

16. Are you presently represented by counsel? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known:
_ProPerson, ex rel._

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:
_Relander under mandamus in U.S. District Court of California (N)_

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
_Certiorari_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _2008_ ▶ _____
                        (SIGNATURE OF PETITIONER)

Citing FG-0909(00) 103 F3d 1274 281
① Civ. Code § Proc. 340 (4)

*Collins v. YouthPlace*
110 S.Ct 2727
c 2 pl ... one of degrees ...

Labor Code § 200 (a)(b).
"TRANSFEREE", distinction "BENEFICIARY"
¶§ 514(e) Sub-cites TITLE at
15 CCR 3043(5)(B)(f)(B) [Id]

CASE LAW; *Regents of the Univ of California*
519 U.S. 481 ... legal liability

*Wells*
519 U.S. 482 ... escrow ...

*Watts*
519 U.S. 148 ... severity of a sentence ...

• Donation (Food Sales)

(FORUM selection)
VENUES
for

Remedy
Resolution)

• Contract

• Replacement of Property

• Package (Approved vendors)

• CHECK(S)

42 U.S.C. § 12212    • MONEY ORDER(S)

Revised/Distribution; Commercial Code §§ 9105, 9107, 9108 [and 5114]

1x year IN
Tolling

AS ATTEMPTED ACCROSS thru /Board/

Plaintiff ASSERTS TO DEFENDANT-RESPONDENTS over the TERM
AS STATUTED for EXHAUSTION REMEDY, pro forma to the
Dept of Correction's 602 AND CONCESSION SCREENING
PROCESS, for Appeal Remedy
Codified [see THIS IX A "Special Proceeding" AS Classified-] (§§§: 128⁶ of 9/28/06) ———— POST AT C.C.R.'s
2033.6 (see: *Kaufman v. U.S.* 89 S.Ct 1068 ftn #8 on *Thornton* 125
U.S. App D.C. 114, circumspect to Ca. Penal Code § ▓▓▓ 1170.125
——— A 6th Amendment issue N.O.V. of the Commodity-Security
Book Account); [Id], Ca. Pen. Code § 4904, Welf. Inst Code § 6313.,
TORT; citing *Thornson* 120 F 3d 1059, *Castro-Cervantes* 927 F2d 1079.

re: Header, subject to change Address context; citing

139 F3d 107
Spencer v. Joe
110 cl par 2
. . . Current Addresses . . .

~~Northern~~ District "
~~location~~ "

# EXHIBIT COVER PAGE

EXHIBIT

Description of this Exhibit: TRANSFER SANCTION from CENTRAL District Division . . . ~~to~~ mitigated.

Number of pages to this Exhibit: _____ pages.

JURISDICTION:   (Check only one)

☐   Municipal Court

☐   Superior Court

☐   Appellate Court

☐   State Supreme Court

☒   United States District Court

☐   State Circuit Court

☐   United States Supreme Court

☐   Grand Jury

Case 3:08-cv-02864... Document... Filed 06/09/2008 Page 31 of 81... 3123¹-3127¹, ¹×¹,
3126 Historical + Statutory Notes, Robert on Use of DCS 1000 (Carnivore), ¹; 1962-
1965 (R.I.C.O.), to use ____ U.S. District Court Recieivers...

1  DTAR, F-MAR 24-06 (SHERMAN) 3473, c2 prf 3 ... misconduct Related to Bankr, ty ...
2  DTAR, TUE, DEC. 23-03 (DEAN ALEXANDER), c2 prf 2 (CANIVETTI )... Parties disput ...
   (13919)
3  DTAR, M-MAR, 27-06 (EARTH Island Institute), 3527, C2 prf 2 ...S.O.R., (HARRIS)...
4  DTAR, T-DEC. 23-03 (LEADY LUCANESSI SR) 13947, c2 prf 1 ... tort ...
5      I declare under penalty of perjury that the foregoing is true and correct.
6
7      Signed this _____ day of ___MARCH____, 20 08
8              28TH                  May
9                                              _____ exrel
10                                         (Plaintiff's signature)
11
12
13  Notice of Adjudicate Fact; Capitulations of [They] Thompson Moratorium
14  220 F.3d 987. Then 250... 120 F.3d 1045 (Penal Code, 852 Hot Pursuit-Fresh)
15
16  Plaintiff · Petitioner is situs to the Constitutional issue
17  Excepted to under Civil indemnification points to the State
18  cause action Expressed, moreover, I Spencer v. Ape
19  139 F.3d 107, 110, c2 prf 2 as to the same and location
20  (Rank and file is their chain-of-command) of major +
21  minor participants identified under the Racketeer Influ-
22  ence Corrupt Organization (R.I.C.O.) ——— so the
23  State of California objected to perpetrate access to
24  Plaintiff's Records and Files, passed and pierce, udder,
25  thereto Color of Law, office, flag, tenure, etc., viz. ——
26  Family law / CCP., 2033.57. Sec: 380 U.S. 609 (FREEMAN)
27  California State Constitution 2.10 (b)(c) Holds Plaintiff-Petit-
28  ioner's objection to the matter-of-opposition. A clear Severality.

COMPLAINT                          - 4 -

(I) IN THE UNITED STATES DISTRICT COURT
~~NORTHERN~~ DISTRICT — CENTRAL

| | |
|---|---|
| 1  FLORZELL THOMAS Jr.,<br>2  Plaintiff-Petitioner,<br>3  ex rel.<br>4<br>5  v.<br>5  Director of the California<br>6  Dept. of Corrections.,<br>7  Warden of H.D.S.P.<br>8  Warden of CSP-SAC<br>9  Warden of R.J.D.C.F<br>10<br>11  Respective of the<br>11  Chief Medical Officer,<br>12  Chief Psychiatrist,<br>13  and Chief Accountant-<br>14  Manager. et al.,<br>15  (In official capacities, sic,<br>16  Individual capacities<br>17  ~~Defendant~~-Respondants. | No. _____<br><br>42 USC § 1983<br>Under Mandamus Rule<br>Remedy and Relief<br>from Standing ORDER<br>of Compensation and/or<br>Relandtr.<br><br>¶ Prisoner Remedy<br>42 USC §§ 1210I-1211?<br>¶° Transfer v. Assignment<br>Comm. Code § 9104, 9105(6)<br>9107, 5114 " " " Infra<br><br>See Ref: DEVIS v Bank of America<br>77 Cal ... c2p3 |

19  With Subject matter Jurisdiction Had to the Equitable terms
20  of Federal Standing to Cause Action, collateral to ~~Defendant~~-
21  Respondant's Customization of "TEST Market Judica" as Circum-
22  scribed for Employment, Certification, and Licensing of
23  "PERSONS" as Refer'd in The Labor Code [29 Labor 53, 57]
24  the California C-POST [C. Pen. Code §§ 832, 832.4, 832.5 et.al, sic
25  13500], The California State Constitution [Art. 2, 3, 2, 19, 4.5(f), 4,
26  11], Ca. Pen. Code § 11105(b)(1)(9), E)(1)(9), (10)(d), and 18 U.S.
27  C. § 214 and 215 Thereto _____ under the ELECTIVE Claims
28  of the [States] Capacity to Sue and be Sued [F.R.Civ Pro R(9)(a)

Supra Plaintiff's Sovereign Immunity predicated by a Custody and Security of a Double Jud-
tan/field Veteran., The U.S. Armed Forces 10 USC and 38 USC " " Lid[l] on
Hell at 42 USC § 2000(d) and US.Const amd 4, 8 " " Is a Settlement Claim
at 33 USC § 918, and 18 USC § 214, 215 [c] " " FLY at 129 Ca. Rptr 2d 183 ...
In year He's Tolled Exhausting, Search for Trustee-Nominated Person, CONFORME(?)

1  Notwithstanding F.R.Civ.Proc. 17(b), which heretofore does pro-
2  vide executable grounds for ATTENUATED] Evidence of INTEREST
3  Held by this Certificant-Plaintiff Prisoner Cross Whose assertion
4  is that a General Public Issue of Grand Larceny and
5  Similar Felony Offenses as Predicated in the meander
6  to facilitate State Immunity for the Felons so
7  Named Here and Previously in this Suits Core as
8  Defendants and Respondents _____ is a Colorable Claim
9
10  warrant to Resolve the Conflict of Interest Estoppelled
11  in the Penal Code, viz Thereto, at defining the "Variance" of
12  incidental Powers that "Similar" into Predatory forms
13  and values e.g. C.Pen.Code §§ 667.5 (8),(9),(12),(14),(19),
14  (20),(21),(23)(d)  on C.Pen Code § 1192.7 (C)(1)(7),(8)
15  (11),(18),(19),(20),(27),(29),(30),(38),(39)(d) ____ (1),(2),(3)
16  ____ in the Adjudicative of Trial (42 U.S.C § 1997 I II
17  as applied for "De minimus" as Presumably accepted
18  /s>>>: 115 F3d 655  AMBAC  and  115 F3d 657  Williams ] as
19  to avoiding the Conflict-of-market-terms Vouchsafe to
20  Congressional Intent of Preemption ____ as is Logically
21  Clear to this Certificant-Plaintiff, exrel., Charged
22  with Exercising Jurisdiction in the "Mitchell" Test
23  guide [86 F3d  Mitchell ]. The Gov't Code § 900.4., and
24  federal Statute excepting in Bankruptcy Reorganizations
25  />>>: 18 U.S.C § 1962, C.Code #1962 ] ____ on Claims of the
26  Commissioners]. 15 CCR § 3097(a)(4)(i) Also excepts at
27  18 U.S.C § 3613 and 11 U.S.C § 523(a)(2), to wit; F.R.Crim
28  Proc.R. 615 (1999 Amd'nts)., Gov't Code § 13960(a)(b)(1) E.D.Y. C+CB

cont'd supra 129 Cal.Rptr.2d Vasquez, 129 Cal.App 4th Muñoz ] on Showing from the indicia
of dpt. of mental Health holding, viz: Henderson: 117 Cal.App 4th that the insurance Cross-
Beneficial with warrant—carries />>>: Estate of Dominici 808 F2d 1349 of Search and
Seizure ____ in "Discovery" Procedure of the ADA (42 USC § 12101-12117) whether
Primary contribution, Excess, or Contingent is Bygone with Pay; >>>: 808 F2d 1229 (Henley)

1  Points and Authorities of memorandum in

2  Support of Declaratory and Injunctive

3  Relief [id] Thereto [c].

4

5              ★

6  38 U.S.C.

7  18 U.S.C.

8

9  Civil Code of Procedures § 425.17 too 425.16

10  (see: DJ BAR MOA MARCH 27, 2006, 3543 — CLUB MEMBERS

11  FOR AN HONEST ELECTION., 3545 c2 ¶ 1 ... defines ...

12  3549 c1 ¶ 2... [a] cause of actions ..., ¶ #5, ...)

    (see Points of the "Real Interest" in FREEDMAN 380 U.S. 609)

13  Harris Rutsky 328 F 3d 1129 ... personal jurisdiction..

14

15  Greenfield v. Superior Court 131 CA. Rptr. 2d Key 2 Action 20

16 ¶  Bre WALKER 56 Ca. App 3d 225

17  U.S. v. Budding 425 F 2d 836 ... Appellants.. [c] citation

18  omitted ...

19 ¶  33 U.S.C. § 922 modification of awards. ...change ...

20  termination ... does not authorize the modification of settlements.

21 ¶  Rule 56 of R of Court original Proceeding (b).. filing.. an alter-

22  native...

23 ¶  Rule 56 R of Civil Proc (f) when affidavits are unavailable

24  United States v. Scott 98 S. Ct 2205 c2 ¶ 1 [Hampton]

25  v. United States 425 U.S. 484,

26  Geders 425 U.S. 80 ... [citations omitted]. ...per curiam.

27  Civil Code of Proc., 2020 (a)(1)(2)(3)(c)(2)

28  Ca. Rules of Court 4.601

    Civ Code 526 b, to wit; findings and declarations ★★★ footnote #1

footnote #1 Ca. Penal Code + 11108.5 in defrense of THIS Petitioner-Plaintiff's
Assessment on Legacious, Restitution P.C. § 6220, Attorney Diversion BPC 6226
is cited where property seized illegally ★★★ is merely a Cell or tier away

# EXHIBIT COVER PAGE

D

EXHIBIT

Description of this Exhibit: *Addendum under Transfer (from Central to Northern District) Sanction Exclusive for A Supplemental Briefing for deNovo Review.*

Number of pages to this Exhibit: _5_ pages.

10 UCMJ 828
38 USC, 5901-5906

FN   AGuilar v Tss'x for
Refunded Citizen
285 Cal. Rptr 505
ftat # 6

JURISDICTION:   (Check only one)

☐  Municipal Court

☐  Superior Court

☐  Appellate Court

☐  State Supreme Court

☒  United States District Court

☐  State Circuit Court

☐  United States Supreme Court

☐  Grand Jury

Addendum under the Transfer Sanction;

Citations; Harris Trust and Savings Bank v. Ellis
810 12d 705 Key [4] and [5]; text

McNie Prime Angel
118 S. Ct 2246 ... the assumption that city +
sentencing proceeding was at issue ....

NYTMZ, 13917, 12-23-03   Caminetti 16 C 4 2d 638

on voce and forum selection agreements
[attached to convey federal Government interests as Statute (State) e per Code
sections 207 and 209 as catechism for laws conclusive evidence facie laws issues
charging the State, countermand to restructures formula of 21 USC
§ 207 and 209 ] and section 2 of writ for removal contract Heis-line
13      Jurisdiction to object the circumstances precontracted by federal statutes in effect - affect at 18 USC 951 and 21 USC, 951 → thereto
18 USC, 952 and 21 USC, 952 persevere to determining the real
party interests adjudication of assessing the substantives of the term
non-contiguous as applied the discriminates so the district under
the operation of the jure curation of law; not discrimination is
merely evidence as to the discretion for articulation of error, where,
whereupon, who ... [all adjudicative creatives of either nationals,
jurisdiction on constitutional text of mitigated statute proceeding]
race and creed also are back to discretion ...

the burden of proof as to that level utility to discretion
under the discretion §1352(b) also is average to Government
interests under federal statute that particularly associate trial
indicia [42 USC § 1997 I, II] so as to effectuate the purpose of
the law as expressed by Congress.

The Supreme Court interconnected/ See: Ramos 207 Ca App 800 ]
the definitive rule thereto ─── Citing; Weinberger v Romero Barcelo
72 L Ed 2d 91 (1982) at (1); 1997 and therefore assumptively
started historical values of Bankruptcy Rules e.g. 135, 158 to
distortion of subjective constitute and the analysis of consecutive / testing to
Peo v Anderson 285 Ca App 529 2, and 2 [ per currency]
The effect and the revised statute that picked on filched by a Book
value" held strictly as picked of a certain ─── as Comedy

1 of 3

...bs / Addition / The Case of different values, those Deferred for the sole purpose of credit not Retro fitting into the omnibus medically, scientifically and commercially fundamental only to a Residuary Court / _Harris_ 810 F2d page 702 throughout in quotation marks]

Unless the extent e.c.o. / _Kumho_ 119 S.Ct 1167 as indicated by Congress' intent STATUTE, R.702 i in the Federal Rules of Criminal Procedure in the Bill of Education as Regulated /see: _Rodriquez_ 411 U.S.1 ... not necessarily a Constitutionally Protected Effect ——— Education] Holds true to Court orders consistent about equanimity, efficiency, uniformity and the success of Eliminating unnecessary defenses or litigation 42 U.S.C. 2210 (hh)(n)(l) as a selected forum that is not manifest from coerced jurisdiction held at large by, sic, Superior Courts performing subordinate judicial duties.

_Brady v Maryland_ 373 U.S. 83

_William v Jones_ 11 F3d [8-10] 257 on 33 U.S.C. § 922 which to venue issues. [C] ]

_Ginsberg_ 390 U.S. 629 ... citations ... a Society's ... free choice. [Id]

_Jacobsen_ 466 U.S. 109 ... citations ... different values [unquote] indicated by seizure than by search ...

noting [the] adjudicative fact of procedure to admission to Bar and deciding that the defendant interest in this particular case is court [C.C. 1062.20] / [38 U.S.C. = 5901-5906] / [18 U.S.C R 6.41(j)] [and C.C. = A25.17, 1021.5 are not indications of the Anderson Rule 285 Cal. Rptr. 523 where imperfect duties (WHITT 274 Cal Rptr.) could be a standard on the power to commute a death penalty to close predicate on values in the community not the en. or contiguous county that has; a common estoppel serves incidental to the Bank Secrecy Society of Statute, e.g. Cal. Code = 14213-14312, jah and as expressed in 397 U.S. 364 WINSHIP.

2 of 3

... and you in between;

70 million Dollars (E Pluribus unum) (Civil Action - Private atty Gen litigation ...)

$ 4000 (auto rationed off - at Resale Realized for me)

$ 2080 (Book rent deletion - Restitution deducted; at Return ...)

$ 433 (Personal and Legal Privacy Confiscated - at Return ...)

and ... $180.00 (Several additions to Resolve somber as Center ...)

The latter indicates this Petitioners Axis of Real Party Interests Situated to Cruising down Blue Sky to Blue Ray or Blue Tooth Indemnifications, viz to 33 USC §§921, 922 as the deferred Holdings of Shardons Comed accretion as Hostile takeovers to the Conditions of Prison.

It is my factual insistence that brings about this timely Compendium,

Some Appendix is necessarily withheld, pursuant to App R 30, 31

This day 28th May 2008 at Sacramento California, County, Regressed.

Case law in Support, Jill SHIVELY 12-23-03, DJ Doc 2, 13913 (citing from utility Cost management. Indian Wells Valley Water Dist 26 Cal 4th 1185), Leon Smith, 12-23-03, DJ Doc 2, (citing from Shively 138 F3d (1410) 13902

Johnston c Shaw 12-23-03, DJ Doc 2, 13966 (citing Johnston 120 F3d(1045)

MATTEL, Inc. 12-23-03, DJ Doc 2, 13957 (citing Harris Rotary & Co. Ins. 325 F3d 1122

U.S. of America v. A.B. ESPINOZA, DJ Doc 2, 13994 (citing Sablan 114 F3d 913

3 of 8

# EXHIBIT COVER PAGE

*E*

EXHIBIT

Description of this Exhibit: Fed Rule 30,31 exclusive
of Appendix for Brief Supplemental.

Number of pages to this Exhibit: __37__ pages.

JURISDICTION:   (Check only one)

- [ ] Municipal Court
- [ ] Superior Court
- [ ] Appellate Court
- [ ] State Supreme Court
- [x] United States District Court
- [ ] State Circuit Court
- [ ] United States Supreme Court
- [ ] Grand Jury

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _____, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

MORZell Thomas Jr
PHA157  7-207
P.O. Box 29
SAC, REPRESSA, California 95671

On, _July 5_, _2007_, I served the following documents: _Intrusting of Appeal of Unconstitutional Sentence I~ Statutory Conviction I Civil Rights [Lid]_ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. United States Supreme Court
   1   1st Street
   Washington. D.C.
           20543

2. National Vets Law Center
   4900 Massachusetts Ave
        Northwest
   Washington. D.C.
           20016

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _5TH_ day of _July_, _2007_, at California State Prison at Sacramento, Represa, California.

(Signature) _____
                        Declarant

UNITED STATES SUPREME COURT

1  FLORZELL THOMAS JR

2  P94157, 3-7-207

3  P.O. BOX 29

4  SACRAMENTO, CA

5

6  FLORZELL THOMAS JR.         )        No. BA221670
                              )
7     APPELLANT-PETITIONER.,   )        PROPER LITIGATION
                              )        PURSUANT TO STATUTE
8          V.                  )        ON APPEAL; LAC SUPERIOR
                              )        COURT R. 6.4(j)
9                             )        PURSUANT TO: CIVIL CODE OF PROC
10                            )        § 1062.20
                              )        PURSUANT TO: 42 U.S.C.
11                            )        § 1997(j).,
12  |verbatim|      detab     )        to wit, C. PEN. C §§ 807,
          direct              )        859, 1165, 1181, 1118, 1119,
13          interlocutory     )        1260, 1263, SC, 1262, 1382,
14                            )        1385, 1466
15        SENTENCE            )
       - Reduction -          )        CASE LAW: 118 S. Ct 2246
16                            )        ___McAEE JAIME, ANGEL___
17                            )        sm: page 7 HEREIN Infra, supra;
18                            )        foot note * 20 thereto.
19         — Jurisdiction —

20

21  ¶ AS TO THE MATTER OF APPEAL UNDER STATUTE TO A VIOLATION OF A
22  Health: Safety Code Violation PURSUANT to Hi. S Code § 11351.5 And §11352(a)
23  — SUBJECT TO A SENTENCING RANGE of 3,4,5 years AS STIPULATED to
24  IN "SPECIAL ALLEGATION/§§§; Amended INFORMATION Based within the Limitation
25  of ACTIONS, ALBEIT, WHOSE NOT ENFORCED by The District ATTORNEY'S OFFICE
26  ¶ THE ABOVE MENTIONED Prosecution WHICH 'USED' TRIAL AND CONVICTION
27  — SENTENCING APPELLANT-PETITIONER to 2+8 years, J.O.V. —
28  Mitigation AS EXPRESSED/PREEMPTIVE to THE COURT'S INTEREST AND

b) CERTIORARI : 28 USC §§1254, 2112 AS Heretofore Codified/29 LABOR
Code § 101 tot. 7 to the Hi...INER UTILIZED.

1  arbitrary, manners-of-applidation to "CRIMEN FACIE" as provid-

2  ed forth by information, upon complaint, by the "People" — there

3  with is continuity to establishing mandate —— succes-

4  ive to Probable cause i.e. Jurisdiction, sic, in this venue —

5  heretofore amended —— in Rem —— to Error Coram Nobis

6  the constitutionality of which is non-statutory, ablation to

7  the escrow [C.C.P. §§ 2033.5, 2033.6 sie. 5th and 6th

8  Amendment safeguards] of the conviction — [is] now sought

9  —— the issue of "Causation" as the mandates of the

10  Exclusionary Rule, incidental to the provisions of the

11  Exclusion Remedy... is due., Art III, Art XXVII

12  // Government Code § 13960 jul., [Wolf 69 S.Ct/ Weeks

13  34 S.Ct // C.P.C. § 13980.

14  // Mönge 118 S.Ct 2246 .. citation omitted.. The Color's dete-

15  mination .... // rei much more than a sentencing proceeding.

16  Kumho 119 S. Ct ... [citation/. .. "see Experts" //[id] Ca.Pen §§

17  1118,1119

18  ... on the issue of Credits. Ca. Pen. Code §§1023, §§1017,

19  1095 is the variance of Acquittal as indemnified —— "Extend"

20  to "Personal Interest" under Title —— in Removal Pro-

21  ceedings "Simulate" to Federal/State Court Claims // is eff-

22  ective Causa [id]. 42 USC § 801 caused with South Dam-

23  ages is Administrative Procedures of Litigation to Private Cause

24  natures as "Due Process" [see 89 S.Ct. Pearce 2072 / at the

25  express expense of Equal Protection and Jeopardy, thereto,

26  matters of warrant, citizenry, and Habeus Corpus [F.R.Civ. 60(b) and 80(a)(2),

27  LLP-LLC, [Pro Hac Vice] to certain claims [§§: 18 U.S.C.

28  § 1029 §1962 and §1962 of the Civil Procedure, sic, CPC §995a]

see C. Rod. C = 1324 [id], 326.5(. . . A weighing matter of classifying.. nobis)
8 U.S.C. §1326(5BS)(b) (c)](2): The enclosed I.SS under exhibit (1 bears

Collateral to such measure of Competition and Consumerism fastered as _Optictinability_ D.O.J. [see: O'CONNOR 13 F3d, ft-Note 2, 7, and 1097 c/ pgh 3 on OSBORN ] _____ on the "courts ana-lysis ... of causation _____ Exhibits to Please Parties involved to treat Subject i.e. "Pooler Litigation" Valid _____ not ys, as now being applied to the _SCIENCE_ of Denovo Review, Rulings and Reports [ D.A.R. - v3.6 cbd ] [e.g. C.C.P. = 639, and 645], a majority-minority [RE]districting [see: Stikfield v.Kelley 121 s.ct 447 c2 pgh 1 ] ys DUE!! // RULE 52, Fed R.Civ. sanders 495 F.Sup. 574 c/ pg 3 ; Strealon 104 s.ct. Key 1 Fed.Civ. Proc. 2497 ] // Ashcroft v. Gregory 898 F2d 601 c2 pg 2 "Rule-making" ... Exercise of discretion ... Exercise of judgement ] //

... 4) USE Prosecution of Health & Safety Code Violations Past [C.C.C. 832.4, 13500, 13510 ]
... Collateral to issues of Immunity [see: King v. Simpson Key 2, 7, 11, 189 F3d ] _____ [ Kaufman v. United States 89 s.ct. 1075 c2 pg 3 on Finality ] _____ [ Schatzkrook 93 s.ct. ft#3 ] _____ [ O'Connor 13 F3d ft 2, 7 ] //2066 c/ g1 ... redetermination ... 2070 c/ g2 "would not be Advanced" [see: 18 U.S.C. 1029, 3127 ]. Pertains to A205(g) and 1177(g) D.O.V. i.e. at degumst and discretion _____ i.e. Specifying 18 U.S.C. 4205 _ and 21 U.S.C. 1177 _ // At 18 U.S.C. 3731 and 3651 This Appellant-Petitioner concedes too with the views of Kaufman 1074 c/ g 2 and Apply to Dissuade Prospective, where not Explosed [ Schatzkrook 2070 c2 g3 that A Standing Amendment Has Provided juris-super pages 2 and 3 contextual as to the specificity.

election, construction, distinguishing the nobility of the Category
[see: Gregory v. Ashcroft 501 U.S. 452 ] ———— U.S. v. MBA 62
F3d 162 cl § 2 "...which carries out 843 enforcement" ]———
to wit; F.R.Civ. Proc R 60(b), 81 (a)(2) and 18 U.S.C. § 245, and
28 U.S.C. § 636(4)(3), 17(b), 9(a) ———— "Relationship"
from the Kind and Degree of Treating Search + Seizure
with Legitimate Cause over Probable Cause, Warrant Cause, and
the Exclusionary Rule [LaFave Israel Treatise V.1.1, 1.7, 1.10, 10.10,
11.1]                              //
      Structure] to escrow these Powers to Escheat to the
Absolute Priority Rule "In" Conkation, Exhausted Unto S.E.C.
and F.T.C. Reclaimed "New Values" Added to Premiums
Void of James as well as Resident Effects "In-Limine
to the Forum ———— Appellant-Petitioner Directly Attacks
[42 U.S.C. § 1442 (a)(1) the Conservative Commonwealth
[28 U.S.C. § 1732, viz, 1748] of the Civil Procedure, Noted In
section 201 and F.R.Civ. Proc. 701 ———— or "Expert test-
imony", merely Evidented with testing] and National Tradition
as a Value Added in the original Jurisdiction in a Render
ing Court [see: 810 F2d 704 cl § 2 ... enough information ....
c2 § 1 ... questions of State Law Alone ... ]       //
      However, the Whole Act Rule [Smith v. Brad 35 F3d
1516, 1523 c2 § 1 ] — [see: Civ.C. Proc § 1700.44 et al] §) Conn-
ected to Full Faith Terms of State Statute [29 CFR 748.3 (.32)]
[28 U.S.C. 1734] General to "Reasonably Rule" [viz, § 170 of
Ca. Pen. Code, 1170.1 At Subsection (d), 266 (d). N.O.V 29 Labor
#1
[see: MAPP v. OHIO 81 S.Ct 1693 c2 § 2 Federal-State ... "Solution"
Board of Educ. v. Ill. St. Bd. of Ed. 810 F2d ftnt 4 //747 F2d Advance L#12

*5

Code § 263 /or contracts ¢ effect to business law of the
finding of juoge's /Evil code § 140, 1040(a)(2) codified to 140 F3d
1275 (su: 189 F3d [roadracer], foots 2 / meander and /inclination]
to disingenuous constitutional escues of amending the kind with
the dispositive degree of the Commission / Broadnax 772 F 2d
talk division _____ contemptibly 42 U.S.C. 2000h, the Civil
Rights statute of Federal joint claims, tenating Baxter
en export facto contromacting in state express compensatory
litigation / § 2000 h) (d), as to finality and privacy at
18 USC. § 4218 (d) / — macabre to jows of technical
defects bearer (see: Von Moltke q Schneckloth 93 S. Ct. Hrt.
# 32], as to " Protective orders that are commonplace
to boat conditions and records, per se, _____ Voir dire
[shickmons v. Berg 159 F3d. Thomas 162 Cal. App 3rd and
BA F3d 111 c l y l, supra II discussion therein / held to
the cooperation challenge _____ met ¢ requisite by
only 1x such judge / Michael Donald] of departme #100
summary to case law authority, applicable, as such,
to the " business /Bonafide] qualifications and sufficient
assets / see: 19 CR 2d. Fed. Ecrd. Sepulveda 558 c 2 y l,
supra, citations _____ as to a language in competition
_____ [obviously coded/seeded in discretion], (see: G.I.C.
80 F2d 797 Key 15 monopolies 28.(1.6) 809 c l y 2) to
assuage bona obliteron and indictment - (and ), as to "[the]
EXPEL,"

super: Appellant-Petitioner holds to adjudicative facts of where the Government's matter
of opposition excess succeed testimony of exparte bonding was held to be directly
indicted from the Los Angeles County Rambletts scandall (corruption) and tenated
such case law as Broadnax (Gilt (387) 502. (428) and al [under (278) artie 503 § 30)

state Rm, singut, then deposed Assembly and Senate Sidus ___

from Defendant to order Court officials, e.g. Director,

Chairman, Board members, Employers, Employees of Private Int-

erest Groups, Grantors, Powers of ATTORNEY, AND Juveniles,

and wards of the Court & Conveyance to Physician / Patient

Relationships. A Language; sw: Pen. evid Servede, 19 F2d 565 \ B03 / English 2008,

Bus. etc. and Professional Code ss 450, A50.2 Jul.

Asserts a public Accountability Clause, sic, As issue to

Directing Attorneys and Power Assistances / B.P.C. s 62-

26 Jul. // Alleged - Petitioner Presumes that

there is no Existing law & Evidence that Bonds Agency

with Management Anymore than Does utility [NUCLEAR POWER] / Civil Code s

526 b / dothun Tracking Labor Code s 200 / Employment

Regulation + Supervision / Added As the B.P.C. s 200.

1 ___ Is the Due-on-Sale Clause ___ Central ___

conditionally to the Sleeping of Civil Procedure circumspect

to Congressional Intent to Constrain At C.S.C. Art.

7,6 et al., of the California Constitution ___ "Premium

Purement ucation) to Choice-of-Law i.e. 8ts "medium", 8ts

Added value to stored value ___ / NO Exception / 8ts

Measurement uniformity & Government / CC P. s 167, 10 U.C [AF]

167 i.e. Merit / good / At Constitution & s credit / Earned

In the Court of Justice, viz. s 33 and CC.P. s 33 the

where clearly, specifically / F.R.C.P. R 52, sic, 35 / Converge

In text of Escrow; 29 Labor Code s 3,52 [FIRST] & noted Here

supra sras FedRCam Proc R 52, sic, 51 on Specificity As A Rule to

the Demurrer of Plain Error, this text Heretofore mediates such

vested Processes As Sentencing, Pay, Restitution, Conditions, and Health Care

1. to bere to Comply to terms of Expertise. TAYS Appellant.
2. Petitioners "Specialized Knowledge" Evident by The "Natural
3. Right" [ccl. 1866-1899, sic, 1822-50, 50 U.S.C.
4. A Veteran's Premium to "Perfect" the American Three-
5. Tiered System of Economics, Albert, 38 U.S.C. § 110 ]
6. 
7. ___ Multi Jootioni [18 U.S.C. § 1955 ] To Hate Certain
8. Certificates of Deposit [ sss: 9104-9107, 5115 and CCl.
9. § 337 Jol. ] Accreditated, Validated As Under Appellant-
10. Petitioner's 14th Amendment Apportionment Control,
11. Thereyor Several to "Debtor Liability" Liens, Encum-
12. brances, fines, etc., Implying Untimely Assessment
13. to Attend the "Science [ Kumho 119 S. Ct ] of Dis-
14. Tributing to 4th Amendment Vortices Constructed by the
15. Enforcement / Executive Branch of Government ] ___ [sic:
16. 16 CR2d Sherwin-Williams and Hosted for Fed. R. Crim.
17. Proc. R.16 (a)(1)(b) ], As to, Validating the Challenge for the
18. Unnatural Witness Harbored at § 13980, of the Ca. Pen Code.
19. of Causation and Creation ___ the Same Child [ C Pen C §
20. 157 ] sss: Court Code § 51177, Ca. Pen Code §§ 11570, 11571, 11507,
21. 507 U.S. 529 [U.S. "Texas"] ... of The Common Law [Citation] c2 ¬2 1242
22. d Almendarez Torres 118 S.Ct 11
23. Richmond v. Lewis 113 S.Ct 534 c2 ¶1 ... aggravating and
24. mitigating factors. ... § 538 c2 ¶1 ... Jo Colorable basis.
25. Qua Warrento; Jo Limit, Cast, ... Kez jubente i.e. Congress
26. ional Intent ... to Effectual the Purpose of the Law" [Citation]
27. supra ... of matters lis pendis; citing Roebuck 810 F.2d ftnt #2
28. (quoting 618 F.2d) or Kobrosky v. Advanced Financial Corp] 747
F.2d ftnt 12 thereto (-) [ 364 U.S. 206... Intuition, As conveyed, Enj...

#8

[CITATIONS] Forever Admitted as "Plain Error" — So View / sss:
WALKER 126 F3d Key 18 Federal Contes / sss: C.C.P. 33. siv.
F.R. Crim Proc. 8, C.C.P. 8 And 88 S.Ct. Terry, Katz ]
[C.C.P. 2016] [ F.R. Civ. R.1 ] [ Penal Code = 1119 ] [id].
// F.R.D R.157 ... Standards.. Although at Pre-
mium and medium to Synthesis 1 Text, therefore com-
mon Law, Avoidances Causation & Equal Contexts / sss:
303 F3d E.E.O.C. / and Secondly "Law" [id] in the Con-
text, Not the motives, As Protected by Co. State Statute
Viz. AT C.P.C. = 11105 (1)(a), (b)(1)(a), and 11105(d)(10) —
Confining "Technical" Claims of Defective Process committed
to an Affirmative American Defense (e.g. the U.S.A. Contract
Act 18 U.S.C. = 3123 / A.L.E.A. ]) — Inter Alia; and de-
facto Instrumentality — Use of California's Direct
Attack Upon Tenure, Excepted to by Government Code §§
11352, 11342, 11346 and A50, 10115 and Public Contract
Code = 12101.2 in Determining the Degree [ C.P.C.
1192 ] Which, Where Not Corroborated By Rations of
Ignorance of the Law — J.O.V., and Federal Practice
As a Matter", Remarks in Clinurkn at Section 1166 and
1168 As Codified at C.C.P. 1166 / sss: 98 S.Ct. Sata-
Being Note #9 ] — to Reasonable Doubt Issues, Where
Trial is an Escrow — "Thing" of "it", the latter,
formula to Emphasize 1 Title, History, Language, Statute,
Subject Matter — All Collateral, and Equity Positiveness
iter, citing from Schneckloth v Bustamonte 93 S.Ct. 2055 d 2 p2 ... not an
abstract — Appellant - Petitioner reaches the Point, the Endpoint of Specificity
And reduces the Compensation of Appeal (a) Equity Action, the Event the Actual Rival

tort ; C.C.C. §1985 #9

9 US.C § 301

1  collateral to SENTENCING] ____ A Second Sentence, An orig-
2  nal SENTENCE or A NEW SENTENCE [BULLINGTON 101 S. Ct. ] see:
3  Public Contract Code § 101 whereby GEORGE 89 S. Ct. compliant
4  At lest cause to the mandatory minimum SENTENCE]
5  not allied to an underlying schedule of the Health + Safety
6  Code i.e. not NON-CONTIGUOUS [H.S. §1352 (b) mooted]
7  Thereto as its implied policy ____ as insurance policy to
8  underwrite the mandatory minimum & a broader social
9  Policy ABROGATING criminal provision e.g. At C.P.C. §654
10 while creating cause to displace the Claims & pursuit
11 relief at C.Pen C § 852. As executable bifurcations of
12 "Primer Jacie" ____ Not substitutive to law or rule
13 Divided by narrow grants of immunity As enacted
14 by the Parole Board [CPC § 5002 etc § 5050 ] [CSC Art.
15 2 § 8, 2 § 10, 4 § 8, 6 . 8 ] [CPC § 2627 bifurcated &
16 rule to the California Dept of Correction's (15 CCR) regul-
17 Ation of Vacated defendants / Themselves, lawfully regulated
18 by Amendments to the Bill of Right [Patients, Suffrage,
19 VETERANS] ____ i.e. the Department e.g. At D.S.S. 42
20 USC § 654 (4)(c)(v)] ____ & Pen. ALMEDARES TORRES
21 118 S Ct 1243 C2 & 2 ... as to the Traduction & requiring
22 Proof ... c2 & 2 J Page 1236 .. "Beyond a reasonable doubt"
23 [Custodians omitted... ] for the Broader Social Policy (29 USC. 501).
24 & as elements Custodians division of excluding circumstantial
25 Evidence, Secondary evidence of a Schedule limitation [21 USC.
26 § 801 AND § 811 ] see: DJBAR MOA. Feb 7, 2005 CARMEL DEV P'mnt Co.

As a matter of Law ... Conflicted [FRCiv Proc R. 35].
28 USC § 801 A)(2) to not Issue of F.L. At C.Civ C § 600, etc. [RCC] and/or § 1010(a)(2),

\# 11

1. as to ACCESS/EXCESS Liability Policies but to distinct the
2. responsibilities from the Liabilities i.e. of Insurance Premium
3. Rollovers in Pre-existing Law Matters ——— supposing
4. merely Advancement of Judgement Orders (Compensation for
5. Injury) [viz. 38 USC § 110 at LaFave-Isree Vol 1.10] And,
6. sss: too Adjustment Orders in Case Action ——— the Courts
7. under-on-Calendar        at 33 USC 922 / 18 U.S.C. 922
8. thereupon foundational to the Codification of Exhausting
9. Judicial Standing ——— the Economy windfall ) to the
10. entry of Judgement Orders ——— Exclusionary in the
11. very nature of Class, by case, Pro Per Litigation
12. citing, Tuesday Dec. 23, 2003 139 ___ Part 4
13. —————
14. A "Legislative ——— Subordinate Judicial Duty as Express
15. or in Appeal of State Statutory Convictions viz. of the
16. Health and Safety Type ——— whereby the underlying
17. Legal Status Summary / or such Effect Enclosed in Appell-
18. ants Appeal Package Herein / ——— at (Governmenting)
19. Clauses ——— i.e. Utilizing Clauses-of-Supremacy
20. the extent of Congressional Trump [is Trump!!., F.R.Civ.P.
21. 2012, 2013, sic, C.R.C.R. 2013 (ANC) ——— as Typically
22. formula to the Breach of Procedure / 2033.5 of C.C.P.]
23. N.O.V. Removal Judica / 42 U.S.C. § 1442 (a)(2) / Afixed
24. in Abeyance of the ——— mere Evidence Held at
25. Evidence Code § 602-607 ——— As a Matter of
26. law quantitative to the exclusion of Privacy, Possessory,
27. Particularizing the Bill emanated from the Judicial Bill of Attainder to Assert
28. the Liss Amendment to Chronically Redresst Defective Process ——— on Escrow Holding. Res Ipsa Loquiter.

# 12

and orders [illegible] Issue: 208 CR 166 [ASIDE] ... THE CONCEPT OF REASON-
ABLE DOUBT ... operates ... specific cases] ——— As primary
ORIGINAL and PREEMPTED FIELD Jurisdiction [illegible] of
dicta ——— As THE MATTER OF OPPOSITION / 303 F3d
E.E.D.C.] pursuant to ... "Products of the Mind" ———
GOVERNMENT Code & 977 ... A Synopsis of Absorption
[Civ. C. of Proc. 139], sic, [CA. Pen. Code & 13980]
Civ. C. of Proc 977., CA. Pen. Code = 977.

A Synopsis of Absorption Intrinsic to Search Holdings
[conflicting the object ——— or "hot" the order "fresh"]
80 C.A. 3d (CARROLL) excerpted at 80 F3d (GOLDMAN) ———
to term the subject "as Controlling REAL Party Interest's
Relators to The Penitentiary Day —— As Court At
some point of the Range that [illegible] our facts of
Mens Rea As Search activities objecting "ENHANCEMENTS"
of SENTENCING procedures Entrapped by TACTICS of ABSEN-
TIA As As Due on Sale to the Taking of Constitutional
Issues of boiled out doubts from PROGRAM INCARCERATION
... THE TAINT of ACQUIESCENCE ——— dispensates
Constitutional law to apply to the WHOLE ACT RULE, as
EXPRESSED Herein, Exclusionary to CERTAIN decisional
Law Rulings Regulated to/ [Tort] Elective and Legis-
LATIVE Holdings maintained by Cardinality Bill. As of
At, §192.7 (3)(d)(e), pursuant to the TRANSIE of STATUTE
At, §1170.12 (B)(B)(1) and = 667.5 (B)(A)(1)

# 13

TENDERED to the MATTER [OF] NEGOTIATIVE Powers in
creating the Exclusionary Rules, sic, § 1142.7 (a)(1)(2)(3)
(b) on grounds set forth therewith at 1382 (1), and
1381.5 in acceptance of the Findings and Declarations
circumscribed at 21 U.S.C. 801, 951 and 952 — medical,
scientific and commercial, Exceptions, of the mitigation
at 21 U.S.C. 811 (c)(d) and 812 I, II —
in Health and Safety Code annotations of the Codified
United States Code Service, applicable where discrete, as
in judgment — sic too, those incidental
powers lien in appeal of venue and forum rhetorical
by the science of corporate industrial commissions —
underwriting therefore the standings of Amendments
looking case law, Tumey 273 U.S. — and Gully 387
U.S. 428] constituting protective orders [C.E.C. § 1062(a)
(4)] from foreign arbitration, from alien occupation
[9 U.S.C. § 301 cited] — America's corporate board
thereto — aimed at the Board's "narrative.", of
an entity such as Legislation — the Board version
i.e. of both disclosing and predisposing propositions —
which are not to the matter of disposition...
"Plea Bargains", as such, and therein focusing on
[a] Jurisprudence — an affirmity — as the premise
reasoning the branch [see: 10 UCMI § 859, 868, 869 (AFJ)]/ [see:
NESA 62 F3d 162 et @ 2 ]. A policy contained in express-
ion, A.O.V. of Abstention Chpt 43 of the 38 U.S.C., 403 of FRCP,
see focus; quo warranto (FRCiv Pro 60(b), 81 (a)(2)) on a BPC. Standing BPC 450
qol. lacks standing — C.Ev. Code § 240. FRCP R 43 The Absentee Ballot.

\# 14

And R 43 of FRCP, to wit Government [Civ?] Code § 12101.2
Such Exceptions to objections [Given] This Substantive of
Capacity in Jury Selection Process, as a matter of Law,
Recondite to Judgment, Precedents Rowing moreover ————
———— Not Pleasory in Nature, Conflicts* General Revisions
Statutory Terms, Determinated Hereto at Cal. Code § 654
———— An Initiative Referendum to The Posture of Expert
Testimony from Health + Safety Code Commissioners
[Sec: 701 of F.R. of Evidence, Procedural Criminal / 2000 Amend-
ment / 201 of F.R. Civ. Notes ... Admissibility Issues object-
ed to Evident Absolute Validity matters located by
"objects" ————— e.g. Access devices (18 U.S.C. § 1029 Thereto
914 F3d Diary as § 914 of The California Penal Code) That
do Contain mileage Exclusive to Crimen facie whereas
Evidence of Prima Facie / Sec: 28 USC § 11207, H.S Code § 11-
208 And 21 USC § 207 jd. 209 ] As Interdicts to The
California Penal Code § § 207, 209 per Case in Point, Secret-
ies ———— Vestal ———— as to Weight / Amount
A Prima Facie Create Jury matter ———— is The matter
of Collusion. Plead Howbeit at C.P.C § 1203.073 The
Judica Distinguishing Joinder from Misjoinder, from
Cojoinder, is Consistent However ———— only at Gov't
meeting The Classification Scheme. Calling A Spade
A Spade". Not a Sheep a wolf or a wolf a Sheep ! Sec:
F.R Crim. 701 at 702 [Testimony by Experts [(1)(2)(3) ————
The Cross Section of Decisional [Id.] ———— Kotteakros
\# 3 Sec: Pressly v. Freestone 520 U.S. 329 .. ordered. Key 3 action 3. [Id]

#146

328 U.S. 774, citing therefrom, U.S. v Duran 189 F3d [14,15]
cojoinder to case law 328 U.S. Davis, and Hayden 387 U.S.
written into the "Canon" of security laws succeeding
the variance of "other" laws [see 416 U.S. 505 United
States v. Giordano 1 Duran 1085, at Key [22] and also
citing from 406 F2d 560 (Padrone) ____ creating thus,
the provision invalidating certain government interests to
seeking absolutely imanching statutes i.e. completely ____
absolute statutes ____ e.g.: 91 S Ct Katzigrad
thereof 142 U.S. Ullman & Absolving the investi ...
[that II ] Echs 595 F2d ] of the cross functional scheme
held & California's penal statute at § 142 whereas the
board's control ____ The Board-Reserved,
distincting, as a border bank indemnity (C.C.P. § 333
// Loreson 333 U.S.) enterprise directed from that
legislature, per curiam to trade secret proponents
____ of California's revised constitution, cost initiative mea-
sures, at Art 2 § 8 [2 ○ 10] in quanderry to the mechanics
____ wherein a true ball of the particular of adverse
litigation by an independent legitimate source (Padrone)
of Art 6 § 8, where, i.e. Art 4 § 8, is ____ absolutely
____ an academician profiximity, accepted [see: C.P.C § 37
and [effecting; complexity principles of cartelization ____
Evidence: 483 U.S. 47 | (Bourjaily) interlocked with
disciplines torrent i.e. money extracted from the Cae-

Cause action where Cal. Pen. Codesic, subdivision of the Health and Safety Code § 1250 a(b)
C.P. § 1250 etc. with cross rules: 33 a) boundary; false ... at trial C.C.P. § 1822.50 [id]

#15

1. enshrines at <u>Lust</u> (89 S.Ct.), considering is ~~this~~ Appeal
2. Handicapping Health Care Values in the Civil Procedure
3. [697.320] Under formulas a Carriage, Minute at Entry,
4. as the Clerk vis. in the Superior Court — Trial
5. Court is exclusive as " <u>Personnel</u> " Circumscribed in the
6. States Statutory Rule at C.E.C § 1062 // Local in
7. Los Angeles County at Local Rule 2.5 ful, lost to the
8. Encumbrance of Particular § 1368 or 1026 Hearings
9. — and ~~then~~ by is, as held, is differing views in
10. other Appellate Courts, notwithstanding holdings at 80 F3C
11. U.S. v. 14.38 acres of land ——— A matter of Court
12. as to whether to Liability the Public's Policy of under-
13. writing the Kumho "Specialized Knowledge" [119 S.Ct.]
14. Also deemed ——— the out of town experts [C.P.C. § 111-
15. 59-11165] [Id.] ——— with the Code of the Error
16. Coram nobis' Dispensation of Substantive Certiorari ——— As
17. to "What" ——— the Constitutional Nature of Appeal is
18. misprinters ——— is ——— Instructive or Stat-
19. tory ?? F.R.C.P. 101-107 [see. Bowles 97 S.Ct.] [Land-
20. gen] 114 S.Ct 1502 [[ Wilson + Williams 182 F3d 562]?
21. ... C. Pen. Code § 182 is set enbanc, per curiam, to
22. ... §192 ... No!,
23. — Per Curiam —
24. Citing Amendments Torres 118 S.Ct. ——— As to the matter
25. of Appeal of State Convictions viz. of Health and Safety Code Viol-

see Unified Construction 10 U.S.C. [AF] - AF .167 and C.C.P. .167 ful. (s) Holding; LACSR Rule 6.41(i)

#16

1  Attorneys Escrowed to the Trade Secret of Local Convention / sxx: Lafave -
2  Berger V. 10.10.10.1, 11. [ 2nd ] ___ Akon Legislature / Fred
3  Conroe 16 CR21 Stevin Williams, / as enbanc Jurisdictions vouch-
4  safe to Jsurance Premiums In / as matted to Bonds, such as
5  are ceded from Maritime and Admiralty Index FRCP 54 sic,
6  §333 ¶ C.C.P. — convertible as ¶ Pa Procedure, Adjective and
7  Remedial Law / sxx: C.P.C. , 16 16, and, 11165 et al. ... Hollings /
8  ___ Hollings Namesake, So Almendarez-Torres, to the Personal
9  Extent of Exclude / Balance In torts 38 USC §110 and LFI
10 Volume 1. 16 ___ / gregory J. Ashcroft 898 F2D 601 c/¶2 ...
11 Policymaking .. / Citations omitted /, ... "So Traditionally Sensitive
12 areas 600 c/¶2, viz the Writ ¶ Assistance.
13 ... ¶ "General Inland" ___ the "Writ ¶ Production"
14 / sxx: Pitchess J. Davis 95 S.Ct. 1252 c2¶ 1/2,3 ] / [ CPC : 1511 ]
15 [ CRC 56.(c) — Appellate 56.(d) ]. Noting the Adjudicative fact
16 ___ Per curiam, ¶ where Relevant - Direct Pretrial In For
17 motion / Discovery ] [ Id ] ___ Had been Systematically denied
18
19 ¶ i.e. the Pitchess Motions / Enclosed So Appeal ] //
20 159 F2d 1147 / Thomas V. Bang / sxx: Oreto; 189 F3d 1060 c[ Footnote ]
21 ¶2, and, 139 F3d / Sxxxx v. Doe ] ... on "Rezzonico Servicus"
22 No. V. 9 USC . 301 and C.E.C. §11508 / citations ], 110 c2¶2
23 ... did not ... " //
24 Almendarez-Torres 118 S.Ct on the Exclusionary Rule ¶
25 69 S.Ct. Wolf, 34 S.Ct. Weeks, and, Pitchess 1253 c1¶2,
26 3 ___ cures Policy ___ Merely / sxxs footnote
27 189 F3d ] as to the 701 FRCP method ¶ Excluding; Express
28 by / Gotting ] Code § 68082, the Plenary, Penal Powers ¶ Sovereign
   Art 6. .. Jackman, and Art 11 . Jackman "Its own cricket / court
   artist" As to, So Reference to citations In O'Connor per curiam,
   13 F3d Illinois Respondent ¶ Tort, Appellant Petitioner Is Doubly — (con't)

# 17

1  Cover Judge additive _____ disposative to the memorandum of
2  decision, and, the Statement of decision cross-[Examined] [is Califor-
3  nia Rules of Court R.232, Merritt v. C.C.P. 639 and 645 /see: Mira
4  Mar Hotel Corp. et. al, 210 C PRR. 114 ] As to Exclusivity is
5  Preemption _____ C.E.C. 730.5 and 11508, the Analy-
6  sis of Causation [F.R.C.P. R.18 Thereto 18 USC § 8 ], Lied! R.
7  As a matter of law ____ the differential analysis of
8  a Judge's Core to Superior Court Subordinate duties is of
9  the core " _____ Ca. Bus. Code § 1168, sec. 1170 of the unfore-
10  seen offenses of Health + Safety Policies, not just ____ Health,
11  moreover for Health + Privilege where the headlines ____
12  ____ implications of Partnership over Respective terms be-
13  come cause to effectual ____ some membership
14  i.e. claims of privileges, ex rel to ... or Exemplification
15  of Attorney /Client Relationships as Agency to Civil Code
16  of Procedure § 139 commitments /see: In Re Arrowhead
17  Estates Development Co 42 F3d (9th Cir 1994) 1310
18  c2 p1 [citation] .. "Answer to provide" .. "this trap" .. ]
19  This trap: positioning the maximum existing between
20  the Superior Court Clerk and the District Court Clerk is Non-
21  Curative and Curative from grants of undersecretarianism
22  [Ca. Ev. Code, 1158, sec. 1157 at DPC. 1181 ]; does not mandate
23  the Applicant good cause of establishing bona fide language,
24  the issues, to sanctions of Bankruptcy matters /Smith v.
25  Rowe 761 F2d c2 p1 ]. Whereas, as FR Civil Proc R. 16(e)
26  4) The jurisdiction of Indemnity ____ Doubled to Damage the
27  Pretrial Integrity / CCP 1207 [872] Defaults Two Board Books;
28  [Peo v. Superior Court (Gonzalez) 279 cal]
ⁿ(*)  Judgmt as a Sovereign-Veteran of the American Armed Services the
#6    For purposes of Staying cause a ½ time credits created
      for State mobility, furthermore ___ at #2 ___ 5th and 6th Amendment

# 18

1  Ad Ss, THIS L SS common place to the Amendments health of
2  normalcy, A Criminal Element of misjoinder, Defects; And
3  grounds for Misgovernment [of both Bods] At Issue D, Friday, March 24, 2006
4  Sherman Richard C 3465 / [Mo, MAR 27, 2006 VERIF 35426] on BURNS
5  "Such … Scorched EARTH TACTICS" / Citation / Is Conspicuous
6  As an Anticompetitive Effect to Render Inaccessibility
7  to journal Venue to / Defendants / F.R.C.P. R.16, 18 U.S.C. ₊ 3123
8  3127 ALEA [3124] / Is Absent of mere Evidence of Possessory
9  Affidavit UTILITY, Is That Range Given to the [comm]ssue
10  Maximum            Trapped In Crypto In Claim of Privilege
11  [CaSC Acta 14 / with the mandatory minimum            That Con-
12  ducts the Board's Findings to declaration of "super Subjectivity"
13
14  As] unlawful Person's claim to credits, In Values Excepted
15  to by Winton, Not forefeiture od Items Reconciled to the
16  Reasonable less PROBABLE Cause, aur Proximate Cause, sic;
17  Substantive less, credible to Law — Not Rules And
18  Policy of Searching the Junction /6/ distinction employer
19  401K / IRA Roths / Indicia An/ SEC mandatory-Fixture
20  Broader-Public Policy; not the FTC's Champion of Cause At
21
22  All — merely — "Good" probably       Just
23  /15 CCR At Sections 3040, 3041 / At Credits In The
24  Rendition of Excession / F.R.C.P. 805, 801, sic, 35 / to comity
25  /15 USC "…" A Preface of Law … 50 U.S.C. / Id …
26  … when Standing Is Unsolicited … Unaccessed In Cat-
27  iTIONING morale Citizenry Defended by the Board / Sri. DIDAR
28  Kawan MON. FEB. 7, 2008 1520 / 2. Review of the Board's Findings

#1 LEGAL STATUS SUMMARY SHEET, Enclosed as EXHIBIT, In ENHANCEMENT to the CDC from

# 19

1  ... SENSE of LEVERAGE to THE Permissive MAXIMUM
2  ON ONE HAND, and, THE MANDATORY MINIMUM on THE other
3  — Branding the VARIANCE of the Goal JUSTIFIED to
4  DATA AND VISION // Indictment and (has) — THERE
5  is is THIS SPECIFIC Appellant's Appeal of the Stat-
6  utory Conviction That thoroughly THEORY those Angeles Superior
7  Court between 29 August 2001 and 3 July 2002 mean to:
8  to CACHE of Firearms!, Drugs!, or Incident Records
9  thereof, over 5 created terms, that were Bear
10  the Surfers (Surface) of the Effects — Namely
11  the Department, however Professionally exported and
12  imported to example the Starting hold of a few; $CLC_s 5000$,
13  5002, 13000, 2400 / Agencies Guaranteed to Hold "Pre-
14  sumption" /5s: $C.E.U.C. s 600$, $5i$, $140 (IRCC)$ / So the binder
15  of Defense, as Advertised to Survey; under TITLE, History,
16  Risk of unfairness and the Interpretation of Recidivism;
17  Almendarez-Torres 118 S.Ct. 1243 c2 y2 /see 35 F3d
18  Smith v. Brand focusing on the Guise of Interpretation
19  // as to not Consume the Effects such as the Depart-
20  ment of Correction's Legal Status Summary Sheet, So
21  Exemplary to Damages, mitigates — Evidentiary man-
22  dates! Such Reasonable doubt on Constitutionality,
23  versional to Almendarez Torres 1244 c1 y1, Gypsy
24  — and Substantively critical of "What" Precordt
25  azatas from Almendarez Torres Volume of exporting
26  Escow / § 1326 (a)(b)(2) — Damages by § 1326 / the

see line 26,27 of page — supra lines 1,2 on Probably and Due Process CP 1041
n612,1014,1017,1023... at line 8 above... Applying Alnauseum.

#20

California Penal Code [Therein /A] Determin. Ant, suscept-
ible; both guilt and punishment ——— If Some evidence, Its
mere evidence of Reflecting the Broader Social Policy
As that Consistency of the dew views accredited to, In
Constitutional Standings // Contravise; NonStatutory Contempt.
C.P.C. § 914 And 914 F2d therein / Bj dor 3472 ¶1
¶2 ... consistency...[citation] [FRI. MAR. 24, 2006] ——— Do not
In purchase of the Court of Justices' Exercise of discretion
or Exercise of judgment, But for], The "miniature of Indict-
ment which Is excepted to Under the absolute Priority
Rule ——— nonetheless expropriative to Elements
generally Provided for Criminology; moreover, Crimes scene;
the door of Garrison of Prima Facie ——— In fact
Evidence of organized prostitution [excepted to to Cross-
Sections e.g., 1962 / title 18 U.S. 7], And, Ca. Civil Code §
1962] ——— the Transfer Sanctio/ LLC - HP. //
Not facilitated to Cure Is the Unnatural Person The
"effect/affect" that Appellant [Petitioner] does not Represent
1, nor 2 Strikes; As the LSS Reflects / the Latest
Edition of Comm. Issued to Appellant dated 5/8/07 [And as
Such, (Prediagnosed) Re Poidoravance", Ascribed as "Hate Crime
[Crimes facie] Containing, An adjusted Release Date too
[adjudication [C]]; A 3 year Parole Period; Indicts A Home Educt-
ion of The Printout, And, does not Contain Appellant's [TRUE] Date
of Birth ... Hence ...
▓▓▓ ...Is A line Containing The State's Guilty Plea! Bjdor no).
▓▓▓ Feburary 7, 2005 S.F. DeWna 1519 c[/2 [Rosenkranz]
...lacked Support ....
#9
At CPC §1170.12 (8)(b)(1) and 667.5 (8)(d)(1) Constituting being
Facie Su determinations to Which more than Crimes Facie Rule excluding

#21

Ad curiam [of] [such] Ad listem In F.R.Crim.Proc.R.11(c)(1)(D), (a)(2), [Non curative] [id] —> Controlling Health + Safety Code Violations [Litigations] assures nonetheless the qualitative specificity of determining precisely the effect of decreed sanctions in moratorium to the grade of the notional [text] harbored by Board members [sic] [] in particular Bills [C.P.C. 11507] —> nuance // "nuisance" [§§ 11570, 11571 of the Ca. Penal Code] [US Agency]; where it is not administratively absolute and complete in the Health + Safety Code; none thelss supplemental to specificity [C.P.C. § 3056 and 18 USC § 3056, is; exemplified moreover as State clauses of a [such] supremacy exercised compromised by management in the Food + Drug Administration, Albeit., 21 U.S.C. § 356, supra, to control, not now, the subsequent actions of candidate § 2241 of Title 28 [18] and therein § 41 of F.R.Civil Proc. 41(b) subjectivity.

United States v. Scott 98 S.Ct. key 3., Scott 75 L.Ed.2d; Several and Personal issues of imparting and containing the measure precedent to a statute, precedent to a Bill, precedent to a law, precedent to —— Personality] i.e. Reasonable expectations of privacy, owners interests and possessory rights [Albeit] primary, original, and preemptive [sua sponte] cause of action —— as stay in case law contained [432 U.S. 935 Marshall, 432 U.S. Lee 234], on, review of nuances, and nuisances [cf. fn # 9 of Sanabria 98 S.Ct. 2176 —— which

fnt #10 Adjudicatively noting the interdiction posed at H.S Code § 11352(b) for meaning in particular Billing [C] exclusive to 21 USC § 841, 844 — the Bonge formatted to text mutually —— not tax, see: Prohibitive text statute at CPC § 11159 and thereafter 11162 ... et al. (see Speedway ... § 15 ... 3375.4(a)(2)(3) ... CPC 841

#22

distincts the principles and disciplines of [illegible] Academia to applying for error when Public Policy facilitates the ARREST of a PRIVATE Litigation-Practitioner, As Executive Branch Governmental Function That creates the misjoinder from the "crop or chaos" of the State's Supremacy Clause's precipice to (Parole) Board Magnanimity, Not B.P.C. [illegible] 450 of Action. "A Single Clause" [citation] 810 F.2d 615 [TURNER] c2 p2 Ironically [illegible] to defeat, due to the ominous escrow Deflections of 18 USC 951 and 21 U.S.C. 951 (21 USC 812 [II]) 18 U.S.C. 952 and 21 USC 952 [see 521 of 38 U.S.C. 521 of 18 USC, therefore 521 F.2d TAPIA VERDE (Permissive Reference) thereto, waivers by Board members foreclosed from Statute at 4205(g) and State law of the Case [521 F.2d [illegible]] [42 USC 1997, 42 USC 2000(h) (d)) ... As a matter of law! [citation omitted] [Almendarez-Torres, 118 S.Ct. 1223 c2 p1 ... Congress ... preempted ... MISTRIAL. // 18 U.S.C. 3731, etc., 18 U.S.C. 3561.

... footnote #6 of Bruton v. United States 88 S.Ct. [1620] n.o.v. Terry 88 S.Ct. [1868] n.o.v. Katz 88 S.Ct. [507] [IS] [illegible] O'Connor 13 F.3d Jurisdiction Standing [see TAI 940 F.2d and 461 U.S. 480 Verlinden [illegible] #2, c1 p1 of 1099 Respectively] of Sixth Appeals; Lacking Jurisdiction, As Due to Civil Procedure [§ 1822.50 LRCC] [CEC § 140 LRCC]; "Does" safekeeping the Province that Binds Statute to Law;

SPENCER v. STATE OF TEXAS 87 S.Ct. 652 c2 p3,4 [citation] "THIS GENERAL SURVEY..." //

... of double damages / indemnity; the third [ex parte] Reading of MISTRIAL — (Preaccusation and Preindictment),

[illegible] ... "mens rea" to misjoinder to applied error // coram [Nobis], in Rem. see holdings at BPC 6225 Id. C. Pen. C. § 6225 supra, and 62 F.3d (MESA) 162 c1 p2.

\# 23

1  Ca. State's CoConcurt [?] Affirming In Acceptance of "57/51"
2  Revision's Art. 4 & 8, Unsettled Post to A Reading (?),
3  Art 2s8, Albert, Art 6s8 /sss: Collins v. Youngblood
4  110 S.Ct. 2718 c2, 2 /2, 3, 2719 c 1, 2/ o "Expost" Add!
5  (Linical /Citations /16 CR 2d Stewart Williams to the SEAL
6  ) Discharge!! Consequenting Challence to "Impact" Discrimination,
7  As Courts of Constitutionality usurp False "Crops" of Claims
8  Yielding "Consonalty" to the Conflueace of "Security Laws", Agreeing
9  the the Gentian Page 653 7 Search 87 S.Ct. c2, 1) 7
10 Reasoning Standard to Review As Assigned in Chapman
11 386 U.S. c2, 3 [342] — non Curium of Omissions /ss2
12 too: Eisenberg 77 CR 2d Notwithstanding, Burger 7
13 1 CR 2d Boonr 1 CR And Dunn 1 F 3d — Contial
14 Measures 7 the Contraction of the Lines, in Addstitue
15 to such Remittiturs, A Sanction of Evidence Rules
16 Examined by Magistrates and not Judges, Certiorari
17 to Juror's not-differentials (o(.).o.)s) as , Gorem
18 that Effective Conversion of Administrative Procedure
19 that Produces as 7 "Time" Hinges, Sir Reg-
20 adless of An Askance — As Conflicted by Terms
21 Overrated by the Courts /sss: U.S. v. Smith 395 F. Supp.
22 1157 / Waivering A Windfall Economic Askance, to Terms
23 Deleting, sic, Attribe to §§ 1157, 1158 Attendence the
24 Evidence Code Sanction 7 — Efficated At Ken Holloway's juris
25 Ken /3 7 c2, 1 o Smith, And Enviable As Coerced,
26 Merely Evidence: from Tumey 273 U.S. 510 to Gault 387 U.S. [342]
27 1.12 o Albert re: organized crime taxation, And the Burden of Proof of title,
28 P. 424 all Process (Real Party) much Like Immunity (Academic, Administrative, Ala Abstract)
   after Real Atomic ... of the ... Standings; ordered or originally Preemptive 2 Subrogation.

#24

1. Citation therein ]/ McQuillin v. Duncan 9th Cir 2002  306 F3d 895
2. that Rejects .. [Citation] Tues. Dec. 23, 2003 ... 13901...
3. "the doctrine of Sentencing Entrapment."... c2y2 ....
4. //
5. //
6. when the surety of the Scientific Commodity, Heretobra technical
7. impact disparity Casi: Stretton, 104 S.Ct 950. Sandor 495 F.S...571
8. Kontankora, 128 F3d 802 and Kinlo 119 S.Ct 1167
9. moreover ——— "Cald" ——— As Codified in the Generic
10. context of Controlling Bad Whistles to simply forepondante
11. —— est. Jurisdiction, ——— Proposition's, e.g. negoating
12. the Breedtry of Escrow Simplicita Penoned to Review
13. of offense ——— 28 C.F.R (Pro v Pereponia -Larios,
14. says Remains "OPIS" A term created and Sounded,
15. moreover, for more than "effect" / grand in Seguro. As forwarded
16. Gun Spate, Policy and police action ——— Seguro
17. 104 S.Ct ——— A pinpointing Instructions. Plain error in
18. Doctrine to Plain View ——— circumspect to free direct
19. witness ——— testimony of Adjudicative facts in
20. witness ——— The Fundamental Rule as cited in Astin
21. Holdings, ———
22. 216 Cigar Key 1, Regnaluke to Key 2, 3 of Astin 208 CR ...., sic,
23. And "Trapses" An Inspector General as much as it does
24. An Attorney General, as to, memorandum; of Points-At-Bar
25. to utility to A forum ——— Forescisuro indespensible to
26. Subjective Constitute; Whereas the factual derminations of white-y-
27. assistances e.g. as this Prophetive Exclusionary Rule ——
28. happened to Re distract CELE (Language), Succeeds, normaly;

#25

1  AS COURT TREATS THE FORUM [CRC §§11008, 14108, 13980 AND
2  WELFARE CODE § 980 ___ TO EXPAND USA A FEW COMMUNITY FILE
3  BASED PROCEDURES ] 536 F2d 221 (citing from ASTON) WITH
4  LANGUAGE OF THE SUGGESTIVE "STORE" ___ DETAILED AS REF-
5  ERENCE TO EITHER A SUBSTITUTION PROVINCE OF EITHER THE CENTRAL
6  NERVOUS SYSTEM'S DEPRESSANT AND STIMULANT [11054, 11055 3rd ]]
7  ___ AND RESEARCH ___ THIS Hydrochloride SUBSTANCE
8  A SYNTHESIS ___ IN THE COMMON KNOWLEDGE, AND, WEALTH OF
9  COMMON OF CASE LAW ___ INFERRED BY Specialized KNOWLEDGE
10  COGNIZANT TO SKILLS, KNOWLEDGE PER SE, EDUCATION, EXPERIENCE AND
11  TRAINING ___ AS CAPTIONED IN [A] STATES VESTED
12  ___ INTEREST AS PERPETUATED AS TESTIMONY AND EVIDENCE
13  THE FULL EVIDENTIARY HEARING ___ OFTEN AT, 21 USC § 812,
14  I INTERPRETED AS THE FULL SCIENCE ___ [APPRAISES OR
15  NOT ___ HELD IN WHITE 890 F2d 1413 ... A Correlation of The
16  Commonwealth Act § 1734 // AND // WHITE v. WHITE 925 F2d 287
17  AS TO BOARD AND Broad SOCIAL Policies re: FACTUAL IN-
18  NOCENCE (CRC 4.601(a)(b) ... et al. to wit; This standard
19  ACTING CHARNAL v. STATE OF CALIFORNIA 87 S. Ct. 842 c 3, 843 c
20  by 1,2,3,4 ___ Holding In Judicia In SEGURA 104 S.Ct.
21  viz; that # 17 as to the Dispositive Probative Value of A SENTENC-
22  ING PROCEDURE [113 S.Ct. MOORE ], In All FAIRNESS, Rationality,
23  NECESSARY DETACHING A Sectional Court Judge with Diffident-
24  ICE [A] DUE PROCESS AS IDENTIFIED IN THE NEUTRALITY OF The
25  GOVERNMENT CODE [viz G.C. § 68082, sic, Art 6 §17 of The Ca. STATE
26  CONSTITUTION, AND CONSTITUTING Such ACTION [PRO SE ] CIVIL Proc-
27  EDURE § 170] ___ Peremptories — (5 — Roll Call —
28  #13, INDEX TO THE COSTA RICA WITH FORMULA" of 2,073 ; Rule 21 USC 356=
   360 (sic; page [21 line 7-17]). Subject 18 USC § 1623 / Perjury / AT Cost

#26

1. commission leverage; whereas, as assigned W such SPECIAL
2. Proceedings of a criminal nature (FRCiv. 41) —— the Rule
3. form of interrogatory —— as CC. § 2020 post to the
4. Examination Injunction at §§ 2032, 2033 [limine] —— 5th,
5. and 6th Amendment, quantitative measures, of Appealing W the
6. Verdinire of Allicating Federal Standards, to State
7. tort claims [W this distant issue of State case CC. § 3
8. 364 [Id] CRC § 364 and 364 U.S. Elkins [2007]" or camera [Ed], sig
9. The Exclusionary Rule Applied for by " UN NATURAL PERSONS,
10. As such, W their official capacities, incidental and whether
11. ed to C.E.U.C. 170 Seizures/And Searches] —— A Fictional
12. or Plain Error Venue of Plain View offenses W trap
13. [At FRUG 31 —— of R56(b) Remainder ] // Both judges W assy-
14. ments thereto, to the term created and disposed with
15. Some 5 years later. [Id]
16. ___ Judge MICHAEL Hodson, Judge William Fahey Both, directly
17. indexed to Los Angeles County Superior Court Calendar of
18. Fast Track Departments [Gonzalez 279 CR ] [O'Connor 13 F3d 1099
19. c2 p1 . . ." implies . . . new, Indispensable . . . Federal Exclusive Cause
20. of Action"
21. At the time of this Appeal, Indexed as Substantiated by footnotes
22. to "probate constitutionality" and the presumption of Rebuttal,
23. whether held as shares of Stock or, Dividends of Bonds,
24. the question of fact [citation] W William J. Jones 11 F3d 257 c2
25. P2 [Crowell v. Benson 285 U.S. 22 ] —— regards, and as
26. [con'd] as Bill of Attainder/Discretion under Convertible Bonds of
27. Testing Possessory Interest (CCC 333, 1822.50 and 18 USC § ). Segura v. Judson's
28. 333 US 10/3384 () p2 [point ) interest in Possession, and, Sui: V443 115 Char

#27

1  Answered Hereon, Is Solvent to Bankruptcy, moreover
2  merely Exclusive to "Enbanc" quorums capabilities
3  related to the Directors / albeit, C.C.C.s 5050, overt/net
4  Wel. Inst. Code 5150, more than enhanced to B.P.C. 450, all
5  500, "quantitatives" of quality Health Care / Relieving
6  the Law-of-the-Case, As opposed to the WHOLE ACT Rule
7
8  ____ and Considering the Case Law / TUMEY (273 US.
9  510, where A Proceedy / State Cause Action provides A
10  State Action / 748 F2d Dahlberg ] ____ "so Referred
11  to under Title AS A "Case Records Analyst"....
12  ..."Elaine/Young" ____ dispensated from the support-
13  with / sss: The Director of CCR, 697.510, sym 697.320/
14  ____
15  ____ of A Debtor - Judge/ment] sentence ____ We are
16  in Lieu to capitulations of RETRIAL i.e. The Commi-
17  sions' Premium to Vested Interests, "Standardized by Rule"
18  e.g. 18 USC § 215 / 29 U.S.C § 215 (a)(3) ]...
19  Is Set A Wonder As Conveyed to ODE of CALIFORNIA's
20  most controlling Health Safety Code Violation Case laws (w-
21  Point- to Authorized admission, or, Adopted Admissions
22  Functionally Limine's Rule ____ /As Alice quotes;
23  " Perhaps looking Glass milk Isn't good to drink" 763
24
25  Ct g2 /Astor 208 C Pogto.] ____ That the FEDERAL BALANCE,
26  the Federal Elements, the Federal Purpose, the Federal
27  Defense, the Federal Ingredient, the Federal Policy ____ (w)
28  As Self ____ A "519" / U.C.: Watts 148, 519 U.S. 482(Wells)
   itidentified: As Good measure, torts, G.C. = 1031, Cir Codes = 1031, Civil
   code = 4962, C. Pen. C = 995(a), And, 15 CCR = 3043(c)(B)(5)(B).

#28

519 U.S. 172 [OLD CHIEF] [not as, not a .510 [n] of the California Penal Code Subjectivity at all, But [for], Is the leasehold on the collusion marketed about the standard; the cost, the height hold or the holidary terms] merely amortized by today "young". And its amgene of mediocrity is simply Legislative Classification, enbola, of a labor clause to Code [sm: Labor Code § 200] [USC 274; #2000] n A "Gatekeeper's Fee, with no surcharge as wage to assisting [GC § 10115] (a) the determination of the "o" [degree]... CPC § 1192 [and Sik: People v Peol's 227 CRpor 597 c] [id] [Cb]. Therewith notwithstanding the demands of the language of succession, exists distinctive for discovering the commission's leverage [Gaming] at CPC § 7.5] — How can the Codes balancing not distilled at § 11500 (Penal) and 11500 (H&S) — to compress the Full Evidentiary Hearing mandated by Congress, the Courts, the utility Commission, the Congress?

Karr V5 CRpor at § 5
Johnson 15 C.A. 4th
Pitchess 113 CRpor 897
Etosberls 773 F. Supp. (F.R.C.P. 312 (d)(2) 16, 404b
Tudor 77 CR2d
Romero 8 Cal 4th 728
et al. e.g. [A] controlling case point faction of People v.
Pstod 208 CRpor, Key 10 Ftble # 10.
Supra LaFave Psraol Search+Seizure Vol 4. 2(b) the H/d fee system.

#29

1  Defeating the Judgement thereto, Honey, Incidental to
2  Assess as a Constitutionally Vested Sentence Resulted
3  from National traditions and Sovereignty [see: Richmond v.
4  Lewis 113 S. Ct 538 c2g2 ] ____ Mitigation to
5  Damages i.e. "Actual Injury", Having no Remedy
6  Except Treatment for Eliana Young i.e. ELIANA
7  TAPIA ____ "Probably Caused" to Stipulate, Immunize, and
8  create Amnesty [as of the action] of Escrow mandated
9  from terms of Consumption, as an aliud Value of Capital
10  Gain materialization ____ "Mergers", which become
11  Searches and Seizures [of] Creditors. Challenged to
12  the Prospective Faiths ____ merest good ____ with
13  Express, Abstract Performance e.g. Percipient Witness testimony
14  Whose Admissibility or Inadmissibility depended upon the
15  existence or non existence of a Preliminary Fact i.e.
16  another witness yet ... Los Angeles Police officer Pedroza
17  and thereof ____ the Chemist Expert Witness [Chemist
18  Purdy, D] ____ or Accordances Claims of [privileges]
19  are and Powers to Seizure, Immunize, or Amnesty ____
20  Powers Providing 4th Amendment equivalents in Text, Lang-
21  uage, Statute, History to the "entity", Demurrer to
22  be cited at Schneckloth 93 S. Ct. 2055 c2g4 ..." not as Ad-
23  junct to the enforcement of torts ...."
24  Albeit as writing[s] of Assistances occurrences " " "The General
25  Importance [see: Withers] 95 S. Ct. 1752 c2g1 ... does not bar
26  Raising the Same Points on Lost Direct Appeal ... [citations
27  RE: CRC § 1213.5, CCL. 674, CRC. § 11105 (10)(d), CRC. § 222, C.
28  Ev. Code § 1222 / §§ 908.2, 852.2, 13107, 830.6, 831, 13503.

# 30

1  RAISED "] //
2  AS "DUE" — Throughout The "HALF TIMES ELEVENS / Breed;
3  ) 11105 (1)(B)(a), (1)(A) (9) —— 19 CR 20 Peo. v Sepulveda
4  exrel —— a) ENGLISH Common law / English v. Gen Electric Co.
5  496 U.S. 72 ]— And as an Structure, Cognizant, Type
6  Whose Instances Have Been multiplied —— Some
7  31 Registered Appeals of The Conviction and Sentence
8  As This Crime's Facts Hidden in Los Angeles County's
9  Superior Court Under Case # BA221670 Conjoined to
10 The detachment of The Deputy District Attorney
11 —— This Furthered # 11779 —— (Inexumative) The
12 Letter Enumerated ] In Labor to 21 USC § 1177(g) Supra,
13 —— Appeal ] Claims, Spine Facie, Under Petition
14 That Appellant's Freed Do And Has Been Statuted At
15 CA. Ed. Code § 1040 (a) (2) —— And Has Immunized
16 A The Extraordinary Circumstances ] Appeal to Mandate
17 Facts over Imperfections and Fiction Tainted With Deceptive
18 Affects —— Labor "HALF-TONGUED" Remains Heretofore. FOR SEAL/CCP §432
19 Gravitationally All Counts ] This Appeal Witness The Need
20 A Public Policy derived from The underlying Strategy to
21 Exclude What Has Been Clearly Included —— The Pre-
22 mise ] G.E. 522 U.S. and 89 F3d (Lust), N.O.V., of
23 SLAPP (CCP A25.16)/orders ] Possession Affidavits
24 Curtailing The Stasis —— of Opinion Destitutory] by
25 Experts —— As The Federal Rules Do depose
26 The "Scintilla" Constitutionality Variety between Exam-
27 inations and Tests.
28

# 31

1  As Expounded Upon (1) A3toλ/208] And 216 Cr. Prot., greets ∧ The
2  Evidentiary device ———— A COURTROOM, Seized Under Pro-
3  ductice ARbiters claims to EVENT (544 definitions ∧
4  occurrences and transactions As Such F.R.C.P R 803 c(f 4,827)
5  Resolution with MERE EVIDENCE ———— "Crimes Space" ∧
6  malicious Less, CARELESSNESS, RECKLESSNESS And NEGLIGENCE ————
7  ————— As EXTRAPOLATED TITLE I And II Standings As to
8  The EVENT BEING At Least LOG ———— "STOP" ———— to "LEG-
9  timacy" (OCHS ... citatiod ~ 595 F2d c2(2)                    //
10  544: RAKOS 2tut #4., OSBORN ∧ O'CONNOR 13 F3d 1252
11  c2(2, reiterating /citations] ∧ PURPOSE INTEREST 4)
12  GENERAL Dynamic Corp 673 F2d 23 And MCCORD 4 Bo.
13  Rel. Bl SEON 224 ———— EVIDENCE ———— As Recalled
14  From to SOME ACCURATE COURAS [182 F3d Williams [562]]
15  outstanding hereto The Evidentiary device to Be Void ∧
16  the CAPACITY to distinguish () ——— l Cocaine from
17  l cocaine, Hydrochloric Acid from Hydrochloride; A-
18  Cocaine from Ecgonine ———— From A DECOCAINIZED
19  Coca LEaf ———— From EXTRACTIONS OR SYNTHESIS;
20  the CENTRAL NERVOUS SYSTEM from The Autonomic ————
21  Pharmacologically Active Substances from Substances Cont-
22  rolled by ———— STATUTE [THE "ULTIMATE USER" [H5-11030] ] to "TERM-
23  inus corpus Secundum Juris" ———— "VERDICT ... !"
24
25  Fed Rule Crim Proc. 103 [HOUSE notes] Statuted to HOST "Subjective Cert-
26  titude" ———— JURORS' REASONABLE DOUBT Jurisdiction,
27  with "Spillover" function 67 F3d ALEXIS., 754 F2d MOOREMARKER
28  544: 4 GENERAL Provision to 547 F2d ORZECHOWSKI
   case law 564 F2d BRECKINS ...t Slip Law from A RIDER Law.; A Bill

#32

Place J, not-differentiating; Thomas v Berg 159 F3d / 139 F3d key 5.6

Spencer V. Doe Lousiana _____ on CHOICE-OF-LAW _____

WHEREAS ____ flagrantly Is focus of PROXIMATE Cause,

asserts to comprise the Finality of The Interrogatory of Civil Procedure with the titled Question

_____ J where was it?; Either Reasonably Probable or

merely Possible that any Legitimate Harborance of

Heightening the Statutory Area of 7th and MAIN STREET

the Scene of Appellant's Arrest / _____ through "any" in-

imical Bill, Either Senate, Legislatively Assembly or

locally Common In nature _____ was it able to

be in Two Places at one Time!? _____ as His

Code § 11352(b) implies ]! to apply _____ "crimen jurie!"

Such improPriety Is not as FIRST CHALLENGE of Appeal

measure nunc protunc., Secondly It Is contended to

the design to Validated this Appellant's original Field

Crematory _____ that Appellant did not WRECK nor

WREAK of Alcoholic formula to the point of where

ministerial addiction or them to the immediate Area

under occupation would Have, or Could Have mandated

the Consumption of _____ 1st "COCOCA" _____ As the

Genesis of Remedy, nor the Looking glass milk!, sic//

And not the FACTS of omission, Employed by Appellant,

Reasonable (444: 216 CRGTR Assoc) 780 (2) 2 (11,12)

As Custom (444: 13 F3d O'CONNOR) ... citation ... By the GREAT

WEIGHT of modern American Authority _____ RELEVANT and

Assoc/ 208/216 crgtr ... formally ... indirectly violating interclass
the focus of Statute v2 CPC.713, H.S/11713 at 11500 _____ 3rd Party after

#33

1   Relative by weight of standard to contain "DETERMINANTS" — Ds
2   on issue of Cognus Articti not copping here                    //
3   ELKINS 364 U.S. ____ (1960) Hereto estimated to Pyrdological
4   SAMENESS ____ the weight theory of a Criminalogist
5   on call as a witness [unnatural Person] [thereto] [Ds] pro-
6   duces the Psychoactivity of CHEMISTforce, those al-
7   beit standard in essence as the "divinity" that are
8   622 times less active than ____ Particularly ATTORNEYS.
9   in Proper litigants (see: CCP, 662) "tort" to a natural Right.
10  CONVICTED (18 USC 995.140) as Appellant stated "Convicted" that
11
12  America's memorandum on drug enforcement ____ merely a
13  slot and strength test (547 F.2d 978, 1977) Probative to
14  determining the Guise of FRCiv Proc. 81 * * (a)(2)
15  Caswell Interpretation of yet another garden held by
16  case law i.e. 47 Cifgitl (Henry)... Imitation Controlled Sub-
17  stances... [c] ... to what every Lawyer should know"
18  .. Krulewich v. U.S. 336 U.S. 440
19  .. Gould 536 C.A. 3rd   To who every chemist should know...
20                         ... to what every young Police Officer. should know
21  .. 18 USC: 921, 922 (a)(3)(20)(a)(B)/ [see: Brody 773 FSupp.]
22  ... // That: as Intendidal by statute ;11500 Mrs Penal
23  Code and, 11500 of the Health + Safety Code (to wit; 713, 11713)
24  Arguet; no natural Person can agree on a modern ____
25  definition of what Cocaine Base Ds (see: 269 C.Ryson Adam 482
26  c2p] ... lesser Publication or other Matter ...
27  ... Was August 2001... there was still none, exclusive on disbast-

sac: Joint# 18 and thereto on Special Reference of an action that is
Not a Suit in Equity or action at law - on - Amd 209 CR K19 A# 10 thereto
before accorer Vallejo/155/thereat C.EV.C's 1010, and FRCP R403, CRC, 243,
18 USC 922 etc; CPL 822 ... MATEREIMAS;

#34

1  ...tive to the Scientific Community (see: _MvdO3_ 129 CA 4th

2  ..."CHANGE"... [29 U.S.C. § 215 ..."SCALAR ISSUES IN

3  WEIGHT [and VanDeKamp 128 F.3d )

4  ...EXCEPT: as elicited in Adams] 269 C.Rptr. 482

5  ctg 3 ...[citations omitted]...VECTOR ISSUES of Broader

6  Social Policies (29 USC § 501).

7  // ECONOMICS, ...An instructional SENTENCE [STATUTE].

8                          — Situs —

9  ...Adventum in the Federal Employment disposal(s) scheme

10  its U.S. Service, Howbeit, as Rule to modification of

11  A Statutory Condition, pretext to an Unconstitutional Sentence

12  ———— Attonested as such, under incontestable Auspices

13  of Finality ———— Appellant now notes simultaneously, Extem-

14  poraneously for Performance ———— Substantive in the Doc-

15  -trine purposive to Utility ———— Said Reduction Credits

16

17  F.R.Cim.ProcR 35 and 35 F3d (Smith v. Brown ) on

18  Direct, Interlocutory and De Novo of Appeal — Such deter-

19  minations, Adjudications and Decisions ————— ARE —

20  Heard memorialized and APPENDIX to Index to the

21  Whole Appeal Process to Ratio. [F.R.C.P.R 73 (e). [ACSC 6.1]

22  ———— The Control and Procedure under WARRANTY and Comity

23

24  are As Such Remanded from CC.P. § 1985, 42 U.S.C. § 1442(a)

25  (1) And Divisional at 15 CCR § 3901.25.3, 3901.25.8

26  [Re Carrol 80 Cal App 3d ]., CC.P. § 139, 140, CPC § 13980

27  TORT: In FAVE of ISRAEL Vol 1.10, 38 U.S.C. § 110

28

     *#19
     see: Page 17 Judicial Section: page 18 lines 22-25., Page 4 L.21-24
     Pennsylvania Dept of Corrections (98) 524 U.S. 206 (42 U.S.C. § 2102., Cait C § 12101)
     Cathony v. U.S. (5th Cir 42) 973 F2d 1190. Hanson v. USPC 904 F2(306.

TORT:

Shecird Reference: State of North Carolina v. Clifton A. Pearce
Curtis M. Simpson, Warden v. William S. Rice
89 S. Ct 2072
re: Sentence]
[citations] .. "original conviction... but it will
deny due process"....

Robert Bullington v. STATE OF Missouri
101 S. Ct. 1852
[citations] through further Proceedings
... appeal within the meaning"....

Supreme Court of the United States; certis
ANGEL Jaime MONGE v. CALIFORNIA
[citations] .. "Not... only a Sentencing
Proceeding"....
118 S. Ct 2246 / DJDAR No. 6/29/98,7014

Shecial Reference; pro forma (contained I) Direct Appeal Absolute)
Representation: Cogle-Dice; 7-11, 7-7, 8-17, 11-12, 11-23,24,
13-27, section*5, 22-13 /28-17,18,
28-19/21-18,22-1-9.
On
(on Appellate Review;
SENTENCE/ISSUE       Peoph v. Scott 76 C Rptr. 2d 315 on
(on Appellate Representation;
Faretta 422 U.S. 818, supra.
vel nd;
139 F3d 111 .. Respondent Superior
Holloway 11/5 A Rptr. - Branch
citations omitted/ @ the Commer hability lien; *** Holloway v. Arkansas 435 U.S. 175
Holloway v-Lockhart, 792 F2d 760    Holloway v U.S. 526 U S [1,6]

#36

Special References; error coram nobis; ss: MAPP v. OHIO
in Fed.:                    81 S. Ct 1692 [6.]
                            c1 p1gh 3, c2 p1gh 1, 2
                        ∩   F.R. Civ Pro. R 60 · · · (b)
                            F.R. Civ Pro. R 81(a)(2)
                                        ★ quo warranto
                                        ★ litigation
                                        ★ Habeus Corpus

            cui bono; DUE PROCESS Examines the
Severity and Harshness of Discriminatory Sentencing Practices
viz i.e. Statutory, and, Regulatorily held under guises of
interpretation such for EQUAL protection: Such terms created
Heretofore in abeyance of the State of California's gain
premium to the doubly indemnified Veteran of the American
Armed Forces [CSC App 7.6].
        Such Sentencing Issues; Regulated in California's
3X Strike Bill, Given gows as the Basic of this Appeal,
memorandum particularly [ ] (ag.nation, 12, line 27-28, 17-9
u cond footnote #6, footnote 8, 9, [ ] 19, 20          Are
assertions for the purpose of Legislative Cross.pretation,
also implementation of the United States Sentencing guide
line ★ ★ ★ 18 U.S.C. § 3559 (a)(4)(b) —— As to
such Cross.ification [id.] C. Pen Code § 142 (ss: STEWART v U.S.
KASTIGAR v. U.S. 91 S Ct 1668, [440 F2d 956 c[ 3[1]) the
co-extensive privity of Case Records Analysis and Case
Record Specialist as the management Sensitivity] Due,
        —— Documents Enclosed Under Exhibit ——
15 CCR § 3043 (c)(B)(5)(B), ★ 3043.1 (waiver), ★ 3043.2 Invol-
untary unassigned. [Also ss: footnote # 19 7 [CPC 4019(1), 4019.5].
denied as applicable facet conpendium to the underlying ss: 896 F.3d Av-
ation under matters Inc.] mobility in comity [18 USC § 1962(d)], Ca Civil Code, 1962
5010.S. 452 ASHCROFT civ 322 U.S. 143 ASHCROFT SS: see Exhibit 7, ¶ ★ 7

#37

AS A MATTER OF RECORD THE FOREGOING IS A TRUE AND CORRECT
COPY OF APPEAL OF THE CONVICTION AND SENTENCE IN CRIMINAL
CASE NUMBER BA221670 ——— LOS ANGELES COUNTY, CALIFORNIA
THE SUPERIOR COURT ——— AS SWORN AND ATTESTED TO.
THIS __ DAY OF JULY 2007.

TRAVERSING...

1  The PLAINTIFF
2        Petitioner,
3              Plaintiff,
4                  Different jexriol.
5
6
7  Contents During 5 x Exhibits    42 Pages  [A-E]
8                                   37 Pages
9                                   ─────────
10                                  79 Pages
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
·27
28

# PROOF OF SERVICE

(C.C.P. §§1013(a); 2015.5; 28 U.S.C. §1746)

I, _____ex rel_____, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

P.C. Box 29
Represst, Ca 95671

On, _24 May 68_, I served the following documents:

Traverse 2 So. Memortal Brief & Habeus Corpus,
Civil Action,
on order 7 Deconission 28 USC § 1915    [2b]

on the below named individual(s) by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. U.S. Dist Court (N)
   450 Golden Gate Ave
   S.F    94102

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _24th_ day of _May_, _____, at California State Prison - Sacramento, Represa, California.

(Signature) _____ex rel_____