P94157

FLORZELL THOMAS JR
(Petitioner)

_____
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

**CV 08   2864**

**MHP   (PR)**

I, FLORZELL THOMAS JR _____, declare that I am the petitioner in the above entitled case; that upport of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my 'erty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?   Yes _____   No ___V___

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer

_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

_____

Have you received, within the past twelve months, any money from any of the following sources?

a.   Business, profession or form of self-employment?   Yes ___   No ___
b.   Rent payments, interest or dividends?   Yes ___   No ___
c.   Pensions, annuities or life insurance payments?   Yes ___   No ___
d.   Gifts or inheritances?   Yes ___   No ___
e.   Any other sources?   Yes ___   No ___

If the answer to any of the above is yes, describe each source of money and state the amount received from each during past twelve months.

_____ Not applicable _____

3.   Do you own any cash, or do you have money in a checking or savings account?   Yes ___   No ___
     (Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. _____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes_____        No_____

If the answer is yes, describe the property and state its approximate value._____

_____

_____

List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support._____

_____

_____

declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

xecuted on ___15 MAY 2008_____
              (Date)

_____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _46.53 -_____ on account to his credit at t
___CSR-SACRAMENTO_____ institution where he is confined. I furth
certify that Petitioner likewise has the following securities to his credit according to the records said Instituti

_____

_____

_____

DATED _15 MAY 2008_____

_____
Authorized Officer of Institution

_____
Title of Officer

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

REPORT ID: TS3030  .701

REPORT DATE: 05/15/08
PAGE NO:           1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF STATE PRISON SACRAMENTO
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 15, 2008

ACCOUNT NUMBER : P94157
ACCOUNT NAME   : THOMAS, FLORZELL
PRIVILEGE GROUP: A

BED/CELL NUMBER: FB7 2 00000007L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 02/07/2008 | H200 | GENERAL HOLD | RDBL/DCF | 44.18 |
| 04/25/2008 | H118 | LEGAL COPIES HOLD | 703206 SUP | 1.35 |
| 04/25/2008 | H118 | LEGAL COPIES HOLD | 703206COPY | 1.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 46.53 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
46.53
------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
TRUST OFFICE

PROOF OF SERVICE BY MAIL

(C.C.P. §§1013 (A); 2015.5 & U.S.C. §1746)

I, _____ am a citizen of the state of California, County of
Sacramento, over the age of eighteen years, and not a party to the within cause. My address is:
_____, P.O. Box 29, Represa, California.

On _____, 20_____ I served the original and/or true reproductions thereof of the following documents:

_____

_____

_____

_____

_____

By mailing them to:

Said service was executed by placing said documents enclosed in a sealed envelope(s) with postage thereon fully
prepaid, and depositing them in the United States Mail. At the time of the mailing there existed normal mailing
service between the above parties.

I declare under the penalty of perjury, under the laws of the state of California that the foregoing is true and
correct.

Executed on this _____ day of _____, 20_____, at Represa, California 95671

_____
                    PRINT NAME

_____
                    SIGNATURE