United States District Court
Northern District of California

FlorZell Thomas Jr
Petitioner, ex rel

v.

Director of the California Dept. of Corrections, I/O Warden; James Walker (CSP SAC) Correctional Counselor; J.C Bailey, et al, e.g. Assigned Psychiatrist, Physicians, and Dentist... I/capacity.

CV 08 2863 MHP
CV08 2864 PR

Show of Cause in the Traverse; Alternative Summary Adjudication

Ki A Radiologic v Commissioner of Dept of Health 189 F3d key 14 28 c2 g4.. HT#9

Fusco v. General Motors Corp 11 F3d 265 c2 g3... Substance...

FILED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HT#1 Show In The Alternative of the Summary and Formal Judgment as Required in Civil Procedure * * * FRCiv 60(b) and 81 (a)(2) as to omissions, exceptions and exemption under affidavit that are Relevant and substantive to Absolute Values unavoidable and actual at Cause to Injury and loss of Property ——— Petitioner-Appellant moves for Subject Matter Jurisdiction to Immediately Possess a Venue at forum to Redress and Relieve.

The attachments; notwithstanding, in [these] Traverse of the Habeas Corpus Apportionment to Vacate a Statutory Conviction thereon comes the matter of Codification Dispositive to the "Element", Degree, and magnitude of an Offense HT#1 SP. Rep; Ca St Const, Art 3.8(i) ... est.. Adjusting (see: Infra of P.1 g4). CSC

charged to the Violation of a Health & Safety Code [§§ 11351.5(a), 11352 [meritoriously in defense of the debtor-creditor Relationship], actually a debtor-Judgement "deed of trust" [see: Seigel v American Sav. + Loan Assn 258 C.Rptr 747 c2 & 2] to wit, one count of the Violation charged in the Information, sic, and complaint; a multiple violation (x) of one statutory Provision.

As such; a base term multiplied 4 x(=) equalling Twelve (12) years.

... In Federal Practice, a § 911.2 tort where locked out and crowded out (§ 810) Loco to § 970.2 The ½ time Computation is in Principle to equity at § 887.070 and § 425.17 — (The former a Civil Code) a mobile commensurate to 6:4 credits (2 days ante or lost in the traverse) (Ca. Penal Code § 4019 (c)(e) (f)).

[Accreditated at F.R.C. Proc 18 USC " " " R. 210, 214, and 215 [Insurance Code § 790.03 (a)-(h), Ca. State Const. Art 1 § 31 (a)-(h) and 15 CCR § 3097 (a), (h)]

notwithstanding The verdict (see: Sell 539 US 180-183) in Collateral estoppel to a Dispensation Scheme precluded in the Health + Safety Code viz., § 11351.5 [illegible] and § 11352 (a) (b) that goes provisionally; 3, 4, 5 years + 3 4 5 years and then 3, 6, 9 years, Respectively and Duplicity (multiple charges of a Violations), n.o.v. (see: Griffin v California) at 380 U.S. 609).

AS GIVEN CHAGRIN IN THE CAC LSS (3+3) years whereby A TRUST ISSUE (11 U.S.C. 547(b)) ATTRIBUTED TO URZ-ENCHEWSKI 547 US 986 IV. c2 p3 ... It follows, there [illegible] that in that circuit"... As to 11352(b) ... the "NON-CONTIGUOUS COUNTY ——— dispositive to the "ELEMENT" ISSUE (118 S.Ct. Almendarez-Torres 1230 c1 p2) as certiorari to A Sovereignty Holding in Preference to the [VETERAN'S STATUS in HONORARIUM, and does distinctly formulate to [A] U.S.S.G. as 21 USC 844 ... [A] misdemeanor expressed thereto in A [illegible] fashion of APPLYING for Immunity Against, sic, granularity - and - vascularity. A Possession [illegible] to See 539 US 180-189; defining Addiction and the "Bad" — "other" Act.

In Collendium citations; United States v. Watts 519 US 148 ... sentence determinations ... the severity of the sentence ...

United States v. Wells 519 US 482

... factors that typically help courts determine ...

Regents of the University of Cal. v. Doe 519 US 425

AS TO THE Private ATTORNEY GENERAL STATUTE 425.17 and the cause enumerated (supra) in this SPECIAL Proceeding -tolled as tolled in Habeas Corpus, Civil Action, and Appeal of Statutory Conviction ——— section 1141(a)(c) of the Bankruptcy Chapter

TITLE 11 USC is the CHOICE OF Law in an Immediate Possession CCP 1166 n.o.. CPC 1166. 18 USC 1166; est. exile.

THIS 14th DAY of July 2008

[signature] The multiplier of Former Judgment in Character (FRCP 404, 405, 406) exclusive.

THE TRAP;

§ 674 Abstract of Judgment or Decree; contents (b)(c)(d)(e) (TORT; CA. Pen Code § 1213.5). Notes of decisions: .6 Social Security Numbers

§ 683.190 Liens other than Judgment liens: effect of Renewal ...until ten years from the date

§ 694.010 Operative date and prior law defined

§ 697.510 Creation and duration, priorities, Relation back

§ 697.020 Priorities; third party rights

§ 697.320 Judgment ... Against Health care provider ...

§ 683.180 Judgment liens; effect of Renewal

TITLE 31 MONEY AND FINANCE

TITLE 26 INTERNAL REVENUE CODE

TITLE 18 USC ... section 3126 (Historical + Statutory notes) Report on USC of DCS1000 (Carnivore)... INFRA (The "Home" Edition) ... section 3124 (b) TRAP AND TRACER device, supra, (see: FRCP R 615., Gov't Code § 13960).

In Re Arrowhead Estates Dev. Mut. Co 42 F.3d 1310 (2nd 4 ... TRAP ... (see: Duran 189 F.3d 1085 Key [22] ... Art III ...) ... facilitated at definition to Gov't Code §§ 900.2 and 970.2

Also Referred to for purposes of expressly putting forth cause of (Action) of A Special Proceeding ______ THE INFRA Home Edition, As Well — the California Department of Correction's Legal Status Summary Sheet (LSS) annotated at expression with the CDC 112 Form and thereto the court (see: FRCP R 803(22) and 18 USC § 921(22)).

TORT; Thornton 125 A.C. App U.S. 114 (F Rule 8, 14 Crim. Procedure)

Page 4 of 4 ... the LSS ... [illegible]

✓ In the Service and Custody, as Regulated under the Commissioner (CI&SD Parole and Community Service Division) and the Dept of Corrections as to a Former Judgement (CPC § 1170.125 and Wel. Inst. Code § 3109, sic, 5 USC § 3109 Annexed from the Revision of the CA. St. Const Art 7 § 6 and 42 USC § 2000 (d))

Segura v. United States 104 S.Ct. 3397 cl of 1 ... Mincey and Chimel. (see too; Ramos 572 F2d 360)

In authentication to a Federal Audit (F.R.C.P. 1516 and 666) the SS is a Declaration of mistrial, sic, Relevant to notice of Appeal and a Hearing _____ en Banc;

At 15 CCR § 3371.1 (h) and § 3043 as to the former judgement of alleged strikes and the credits (creditor status of Petitioner) as such _____ classified in a deed of trust.

on line #1 from top — 3 + 3 years (in expression of Findings and Declarations moreover preempted at the Trial Court's offer of 3 years (CPC § 1192.7 (c) (b)), thereto the federalized version of the Initiative accreditation of ½ time credits i.e. ... 3 + 3 - 3 = 6. The statutory maximum became the mandatory minimum in a transfer assignment moreover "verses" (see: Comm Code § 9107 (4) and § 5114) (thereto Relating back to and thereupon for maintenance and sustenance of the Division existing at statute between the 5th amendment and the 6th Amendment) [Held too, at Scrutiny in Search & Seizure Treatise at 38 USC § 110, sic LaFave Israel Vol. 1 110] whereby the assigned correctional counselor J.C. Bailey "nominated" as Respondent in His individual capacity is Reasonably Probable not merely possible to preponderate the issue of Commodity and Security Regulated by Supervisory employment in class distinction (11 USC § 707, sic, 523 (a) (7), 18 USC § 3613 and 11 USC § 1122 (a) — separate classifications) provides [the] causes (222 Padilla F3d 1193)

14

CAUSES IN THE "TRAP" * * *

- Habeas Corpus
- Civil Action
- Appeal of Conviction

As Confirmed In The LSS (Enclosed) [see two page 1 of 4] under Affidavit; Rule of Civil Proc R 56(e)(f)

Death

Credits

Strikes

| | |
|---|---|
| 1.98 | Sewing Kit |
| 1.99 | Serving Bowl |
| 19.99 | Blk-Blue Shoes Sandals (Adidas) |
| 29.97 | I-Win Radio AM/FM cassette, Clear |
| 6.00 | 4 'D' Size Batteries |
| 24.97 | Clothing Brown |
| 15.98 | Night Lamp |
| 1.98 | Coffee Tumbler |
| 1.98 | Tweezers |
| 7.29 | Alarm, Clock, Clear |
| | Black Workout gloves |
| 8.49 | Fan, Clear |
| 15.48 | T.V (Retrieved) |
| $147.02 | Typewriter (Retrieved) |
| | Dictionary (Defaced) [Never Returned] |

...Larcenous...; Robbed...

398 U.S. 150 (Adickes) under color of Law...

MEDICAL CARE ATTENDANCY

Wrist (ganglion cyst) Subjective for more than 6 years: At CSP-SAC Contact w/ Personnel Including Surgeon Exam and Schedule via Health Care Forms

42 USC, 1396 d(p)(1)
" " (2)

Form# 7325637
- for 4-11-08
- $946892
- for 1-28-08
- Examination on 12-26-07
- 11-3-07
- 10-10-07

...Anguished!

DENTAL

602 Appeal 5-31-08

form# 7350928 (5-26-08)

Exam (5-28-08)

form# 7326636 (4-11-08)

form# 7302891 (3-25-08)

Cleaning (2-13-08)

form# 9461844 (1-19-08)

visits to; 12-20-07, 12-6-07, 10-11-07, 6-20-08, 6-24-08

Two teeth were extracted in October of 2007. Almost a year. [illegible]

7 of 4
by Florzell Thomas Jr
8 + 2 + 8 = 128 months ÷ 1/3
= 35.2 months
Health & Safety Code, 11351.5, 11352(a)
3, 4, 5 years
3+3 base terms set) Credit Earning Period
(r) 92.8 months of 8+2+8
(r) = 8-29-01
+ 4-30-09 (MERD)
8-9-08 (today's date) at CSP-SAC
years encumbered: 2, 5, 1
Property Loss — Advalorem (Bridging) - 2
Money Loss — Mesne (credit earning special assignment) - 5
Earned credit loss - Pilot (waiver) - 1
Ca. Penal Code, 2931(3), 2900 -
15 CCR
3040.2 (Bridging)
3043 (Credit Earning)
3043.5 (credit earning special assignment) (e)(b)
3043.1 (waiver pursuant to 2934 of the Ca. Pen Code)
(Refusing involuntary unassigned)
3044 (inmate work + training incentive gr...)
3371.1(h) (computation of time + pre-prison credit)
(see page 1 of 4)
All documentations 128, 128-G, LSS, RV reflect "I U" status/custody
But none reflect a positive credit change in the 1st RV 5 years before the (in a I U status)
15 CCR 3043(c)(B)(5)(B) Responsibility
3
3
6 years
8-29-08 7 years in CDC custody
92.8 months = 7y 8m 8d
8-29-01
The credit earning period
November 7, 08
89 days (3m 2d)
8-9-08
= 6y 11m 10d
from credit serving
6y 1m 26d
7-3-02 (term start) (CDC)
8-29-08 (term to date)
7y 8m 8d
6y 11m 10d
=
and at 1/2
3043.7 — almost exactly balanced in compare to handbook computation (S+E time) 3043.3(1) and 3044(7)(A)

[illegible] NUMBER | NAME | [illegible] | [illegible]
[illegible] | THOMAS [illegible] | SLA | [illegible]

[illegible] THOMAS FIORZELL JR

| [illegible] STARTS | MAX REL DATE | MIN REL DATE | MAX ADJ REL DT | MIN ADJ REL DT |
|---|---|---|---|---|
| [illegible]/2000 | 11/29/2011 | 01/11/2010 | 11/29/2011 | 01/11/2010 |

SE TERM 9/00 + ENHCMNTS 2/00 = TOT TERM 10/08 | PAROLE PERIOD 3 YRS

[illegible] + POST-SENTENCE CREDITS
[illegible] P2900-5 P1203-C P2900-1 CRC-CRED [illegible] CRED P4019 [illegible] POST-SENT TOT

[illegible] 286 380 [illegible] 21

REGISTRATION REQUIRED PER H11590
[illegible] DNA REQUIRED AND HAS NOT BEEN COLLECTED

| [illegible] CNT | CT/ OFF-CODE | COUNTY/ CASE | SENTENCE DATE DESCRIPTION | CREDIT CODE | OFFENSE DATE |
|---|---|---|---|---|---|

[illegible] PRINCIPAL & CONSECUTIVE (INCLUDES ENHANCEMENTS/OFFENSES)

-CONTROLLING CASE --
[illegible]/2002 LA BA221670 6/11/2003 NO STRIKES: 2
01 H11352(A) TRANS/SELL CS 3 [illegible]
02 H11351.5 POSS/PURCHASE COCAINE F/SALE CS 3 [illegible]

| [illegible] TYPE | DATE | END DATE | LOG NUMBER | RULE NUMBER | DAYS ASSESS | DAYS LOST | DAYS REST | DAYS TRAD |
|---|---|---|---|---|---|---|---|---|
| [illegible] | 10/26/2000 | | ******BEG BAL****** | | | | | |
| BD | 07/00/2002 | | BA221670 | | | | | |
| [illegible] | 07/18/2002 | | B02070020 | 3005(C) | 90 | 90 | | |
| BD | [illegible]/2003 | | BA221670 | | | | | |
| [illegible] | 09/16/2003 | | B02070020 | 3005 | | | 90 | |

CURRENT PC BALANCE: 0 CURRENT BC BALANCE: [illegible]

On 7-11-08 copy of this LSS with 602 appeal was sent, per instruction by CCI J.C. Bailey to an appeals coordinator. CCI Bailey Has so instructed on previous occassions. Called the Hagood Review by CCI Bailey. Possibly is a Reference to Peo. v. Hayes 19 Cal 4th 652 ... Instruction ... error ... Harmless? (see: Briggs 19 Ca 4th 1115)

Florzell Thomas Jr
P94157 B7207
P.O. Box 29
Represa, California
95671

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL PERMIT NO. 12615 WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

7/15/08

c/o T. J. Miller