In the United States District Court
For the Northern District of California

FILED

1  FlorZell Thomas, Jr.,                        CV 08 2863 MHP(PR)
2    Plaintiff-Petitioner-                     CV 08 2864 MHP(PR)
3    Appellant.,
4              v.
5  Director of the Dept. of Corrections      Supplemental at Brief
6    S/O,                                     to a Special Proceeding
7    Warden at CSP-SAC, official              F.R.Civ.Proc 41, 60(b),
     capacity;                                81(a)(2).
8    F.C. Bailey CCI, official
9    capacity, Clinical Teams, et al.         28 USC § 2254(a)(d)(1)
                                              42 USC § 1983
10 ─────────────────────────────              
11  Vel. dr., 11 USC § 523(a)(7), CPC. 13980   Criminal Court Appeal
     Gov't Code § 970.2 (IN REM)              General Electric 522 U.S.136
12
13  In subject matter jurisdiction as an affirmative act of defense to
14  a non-statutory pretext of Imprisonment tied to Federal Prac-
15  tice at Civil Code of Proc ... § 1062.20 in Application to execute
16  the Form of Error Coram nobis as to an [E]ffect and its
17  Rate of General acceptance thereto typified at an Abstract
18  of Judgment (DSL 290), the Trial Courts Instructions to [A]
19  Jury (CalJIC 290) and The California Penal Statute (CPC 290)
20  in all, antecedent to the Level of Discrimination prevailed
21  in Title VII and Article III standings to F.R.Civ
22  Procedure 60(b) and 81(a)(2) ─── to wit Ca. Evid.
23
24  Code § 140 (LRCC) and 1040(a)(2) ─── The Assertion
25  of this Supplemental Brief regards new information (FRCP
26  26(e)(1)(2) ─── namely the enclosed computation executed
27  by Petitioner-Appellant ─── which should assist the
28  trier of Fact.

See F.R.Crim Proc 406 ... "instances are multiplied," e.g. 290 x 3 = 870 codified; + PCC .100
USSG ... (Ginn 87 F.3d 367) .. (Roby 87 F.3d 1052) - CPEC .5050 [CL] .SEE Exhibit H

1  As to the 28 USC § 2254(a)(d)(1) circumscription tedium
2  of the Californias State Constitution's affirmance of clear and
3  unavoidable conflict to State and Federal preemption
4  (e.g. 42 USC § 2000d) it is contended heretofore that the
5  Exhaustion Requirement facility at CSC Art. 4, 8., also
6  the temerity of 408 U.S. 238 (_Furman_) citations in
7  Text, as to a notional tradition and a constitutional text
8  gravamen to taking a "Sentence" out of "mitigation" —
9  Demands the mandate of _Clarity_ albeit not a presumpt-
10 -ion of substantive law's order and judgement // As
11 to those Penological Interests (See: _Sell_ 539 U.S. 180-183)
12 deemed through "scorched earth tactics" practices, and
13 policies as being common law to attorney - general (ad-
14 visorum) of the Elective and Legislative Judiciary Mandate
15 of the Bill (3x Strikes) at §170.12 (b)(2)(2)(A) and
16 (3)(d)(e), whereas at cause, imported to Bankruptcy
17 as is speculatively characteristic of the defendants-
18 Respondants disposition to evade and presume (11 USC
19 §1141 (a)(c)(d)(2)) — The class Issue Relevant
20 to Petitioner's self authenticating (Receiving the Interests
21 Formula in _Sell_) in conflict for more than 25 years —
22 —(III) confirms this Law to protect property and monies
23 belonging to the A. Mellons - Petitioner. Those Possessory, liberty,
24 privacy Interests of the Patient.
25 This 21st Day of July 2008 at Redressa, Sacramento California

2 of 2

<sup>page 1</sup>

NOTE: I.C. Bailey instructed to personnel assigned/employed, i.e. that I seek adventure the "Hosack" Review Route for Relief regarding my care and/or credits. HAGEN 19 CAL.4th 652 ...citations omitted/...contebuds to the verdict.

People v. Waidla 22 Cal 4th 690 ...suffered... California's ...Sweeping and Impacts Application of Censorship [380 U.S. 51 (FREEDMAN)]/[380 U.S. 600 (GRIFFIN)] [Holloway 435 U.S. 475] [MUNOZ 129 Cal App 4th]

GENERAL POLICY, PROBERRY § 3190

(a) 3314, 3315
(c) 3191
(h)(2) 3161
(h)(7) 3006
(i)(1)
(m) 3044
(n) 3011
(o) 3190(b)
(r) (s)

15 CCR

HARRIS TRUST + SAV. BANK
810 F.2d 305 c.2 g.2 [Key 5]

GENERAL INDUSTRIES CORP
810 F.2d 803 c.2 p.1
...Rivals...Key 15

18 U.S.C. § 3127.3
...customers or provider...

SANDERS v. SHERWIN W. CO.
495 F. Supp. 573 c.2 p.5
...specific practice or selection device...

§ 3084.7(e)(A)(B)(A)(B)(C) --- 15 U.S.C. (See Exhibit B)***

...All Receipts as to warranties and guarantees of the approved VENDOR are Possessory Interests Given exhaustion at the LABOR CODE § 200 (a)(b), that, to venue and forum § 215 & 29 LC and 18 U.S.C. § 210-215 — is Commission, at § 526(b) the Civil Code, § 526 of the Penal Code and 526 U.S. 1, 6 (Holloway), to the NOSROS and Referees howbeit, in Alternative (42 U.S.C. § 12212 and CC §. 340[1-5]) to the Compensation order adjudged (33 USC §§ 921, 922, and 941) in Commencement of this term — "Staggered" (CSC 6,8)

SUPRA: ipse dixit [c.f.]; 15 CCR § 3043.1 (waiver), 3043.5 (c)(B)...Physician... 3043.(d)(B)(5)(B) case R'cd staff...3084.3(a)...appeals coord. & HCR PATIE CCI 3312(b)(4) chief deputy officer...3376.1...DRB c(1) chief classification... 3044(b) classification committee...3324...BPT/NAEA members...Reps.



STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

DEPARTMENT OF CORRECTIONS
RICHARD J. DONOVAN CORRECTIONAL FACILITY
480 Alta Road
San Diego, CA  92179



April 23, 2004

Mr. Florzell Thomas
P-94157
F1-02-101L

Dear Mr. Thomas:

This is in response to your letter dated January 14, 2004, addressed to the Office of Internal Affairs (OIA).  On April 12, 2004, your letter was received by the Richard J. Donovan Correctional Facility to address your allegations of staff misconduct.

Mr. Thomas, on April 9, 2004, you met with the Facility 1 Captain J. R. Sandlin, regarding concerns you have relative to your finances as managed by the Inmate Trust Office.  Based on your claims of substandard performance and possible misconduct resulting in personal financial loss, the need for knowledgeable examination of your claim appears appropriate.  Consistent with the Captain's recommendation, I am directing the Institution's Litigation Coordinator and Senior Accounting Officer to meet with you on or before May 1, 2004.  Action as may be necessary to rectify this issue and resolve your concerns will result following their expert examination of what you have depicted to be a rather complex legal and fiduciary issue.

Thank you for your cooperation with my staff in their efforts to resolve your concerns.  If you have additional questions regarding this issue, please contact E. B. Castillo, Correctional Counselor II (A), via institutional mail.

Sincerely,

ROBERT J. HERNANDEZ
Warden

(over)

Exhibit A

15 CCR 3376(b) "...under a measure by CCI Bailey
as the credits accrued... yet the results differ... substantially!"
by Athaleen Thomas Jr (15 July 2008) — The 3rd computation in a
series of 3 sent to this court.

$$128 \text{ months} \quad - 80\%$$

$$\text{minus} \quad \underline{- 25.6 \text{ months}} \quad -20\% \text{ deduction maximally}$$
$$103 \text{ months} \quad (15 CCR 3043 \text{ inclusive})$$

$$8-29-01 \quad \text{CDC term}$$
$$\text{to} \quad = 103 \text{ months}$$
$$3-29-09$$

minus — 120 days (4 months that
are alledged as unqualified for restoration at
§3328 of 15 CCR) N.O.V. (§§ 3313, 3314, 3315 of 15 CCR)

equals = 7-29-09 date: Instant Issue; Govt Code 970.2, Vernon (In Rem)

... the LSS reflects the 120 BC loss and has
a write-in date, that the CCI J. Bailey does not
claim to have wrote in, of 4-28-2010. The printout
itself contained a 5-25-2010 date., adjusted from
1-10-2010 from 2-10-2010... signed

The County (pre-trial) credit earning period is not calculated,
nor is a CPC. 2931 (I.U.) credit earning period indicated from date
i.e. starting today.

Florzell Thomas Jr.
P04157 B7207
P.O. Box 29
Represa, California
95671

Office of the Clerk
United States District Court
Northern District
450 Golden Gate Ave
San Francisco, Ca
94102



02 1A
0004609711
MAILED FROM ZIPCODE 95670
$00.59⁰
JUL 24 2008
PITNEY BOWES
UNITED STATES POSTAGE

9410233441 C004



c/o Dahl  7/22/08