1

2

3

4

5                         UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8 FLORZELL THOMAS JR.,                 No. C 08-2864 MHP (pr)

9           Petitioner,            **ORDER OF DISMISSAL**

10       v.

11 DIRECTOR OF CALIFORNIA
DEPARTMENT OF CORRECTIONS;

12 et al.,

13           Respondents.

14       ——————————————————————/

15        Florzell Thomas, Jr., has filed an "application for absolute writ review in & 'special

16 proceeding'" that is incomprehensible.  Some of the exhibits he filed suggest he is trying to

17 challenge something related to his sentence.  He currently is in custody in the California

18 State Prison in Repressa.  Repressa is in Sacramento County, within the venue of the Eastern

19 District of California.  He was convicted in Los Angeles County, within the venue of the

20 Central District of California.  Venue is proper in a habeas action in either the district of

21 confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition

22 challenging the execution of a sentence is preferably heard in the district of confinement and

23 a petition challenging a conviction is preferably heard in the district of conviction.  Habeas

24 L.R. 2254-3(a).  Venue is not proper in the Northern District for Thomas to challenge his

25 conviction or the execution of his sentence.  An action filed in the wrong venue may be

26 dismissed or transferred to the proper venue.  See 28 U.S.C. § 1406(a).  Although the court

27 frequently transfers prisoner cases to the proper venue when they have been filed in the

28 wrong venue, it will not do so here because the court cannot understand enough of the

**United States District Court**
For the Northern District of California

1   petition to determine whether it challenges the conviction or the execution of the sentence

2   and therefore cannot determine the proper venue.

3          Accordingly, pursuant to 28 U.S.C. § 1406(a) this action is DISMISSED.  This

4   dismissal is without prejudice to petitioner filing a new action in the proper venue.

5   Petitioner's in forma pauperis application is DENIED.  The clerk shall close the file.

6          IT IS SO ORDERED.

7   DATED:   March 17, 2009                    _____

8                                              Marilyn Hall Patel
                                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California